| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| (State) |
| Case number (if known): _____  Chapter   11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's Name | **Cobalt International Energy, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **N/A** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0821169** |
| 4. | Debtor's address | **Principal place of business**<br><br>**920 Memorial City Way**<br>Number    Street<br>**Suite 100**<br><br>**Houston, Texas 77024**<br>City    State    Zip Code<br><br>**Harris County**<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    Zip Code |
| 5. | Debtor's website (URL) | http://www.cobaltintl.com |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor   Cobalt International Energy, Inc.                     Case number *(if known)*
        *Name*

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check One:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**2111** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11.  *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When ____/____/_____ (MM/DD/YYYY)  Case number _____<br><br>District _____  When ____/____/_____ (MM/DD/YYYY)  Case number _____ |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases.  If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor **See Rider 1**  Relationship **Affiliate**<br>District **Southern District of Texas**  When **12/14/2017** (MM / DD / YYYY)<br>Case number, if known _____ |

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 2

Debtor  Cobalt International Energy, Inc.  Case number *(if known)*
   Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

 **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number Street

_____
City  State Zip Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor      Cobalt International Energy, Inc.                    Case number *(if known)*
            Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/14/2017**
               MM/ DD / YYYY

✘    **/s/ David D. Powell**                                    **David D. Powell**
     Signature of authorized representative of debtor            Printed name

     Title   **Chief Financial Officer**

**18. Signature of attorney**

✘    **/s/ Zack A. Clement**                                    Date   **12/14/2017**
     Signature of attorney for debtor                                   MM/ DD/YYYY

     **Zack A. Clement**
     Printed name

     **Zack A. Clement PLLC**
     Firm name

     **3753 Drummond Street**
     Number          Street

     **Houston**                                                 **Texas**        **77025**
     City                                                        State            ZIP Code

     **(832) 274-7629**                                          **zack.clement@icloud.com**
     Contact phone                                               Email address

     **04361550**                           **Texas**
     Bar number                             State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas (State) |
| Case number *(if known)*: _____  Chapter __11__ |

☐ Check if this is an amended filing

**<u>Rider 1</u>**
**<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>**

      On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Cobalt International Energy, Inc.

- Cobalt International Energy, Inc.
- Cobalt International Energy GP, LLC
- Cobalt International Energy, L.P.
- Cobalt GOM LLC
- Cobalt GOM #1 LLC
- Cobalt GOM #2 LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| COBALT INTERNATIONAL ENERGY, INC., | § Case No. 17-_____(___) |
| Debtor. | § |

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-34579

2. The following financial data is the latest available information and refers to the debtor's condition on 11/30/17

   (a) Total assets   $ 35,000,000 (reflective of Cobalt International Energy, Inc.'s book value excluding intercompany claims).

   (b) Total debts (including debts listed in 2.c., below)   $ 2,840,794,000

   (c) Debt securities held by more than 500 holders

   |  | secured ☐ | unsecured ☐ | subordinated ☐ | $ | Approximate number of holders: |
   |---|---|---|---|---|---|
   |  | secured ☐ | unsecured ☐ | subordinated ☐ | $ |  |
   |  | secured ☐ | unsecured ☐ | subordinated ☐ | $ |  |
   |  | secured ☐ | unsecured ☐ | subordinated ☐ | $ |  |
   |  | secured ☐ | unsecured ☐ | subordinated ☐ | $ |  |

   (d) Number of shares of preferred stock   0

   (e) Number of shares of common stock   29,928,191

   Comments, if any:

3. Brief description of debtor's business:   Cobalt International Energy, Inc., and its wholly–owned debtor and non-debtor subsidiaries, are an independent exploration and production company that operates in the deepwater U.S. Gulf of Mexico and offshore Angola and Gabon in West Africa..

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
See Rider 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| COBALT INTERNATIONAL ENERGY, INC., | Case No. 17-_____(___) |
| Debtor. |  |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Cobalt International Energy, Inc. | First Reserve GP XI, Inc. ("GP XI Inc.") | One Lafayette Place, Greenwich, CT 06830 | 8.23% |
| | The Carlyle Group | 1001 Pennsylvania Avenue, NW, Suite 220 South, Washington, D.C. 20004-2505 | 7.84% |
| | Riverstone Holdings LLC | 712 Fifth Avenue, 36th Floor, New York, NY 10019 | 7.84% |
| | Paulson & Co. | 1251 Avenue of the Americas, 50th Floor, New York, NY 10020 | 6.91% |
| | Hotchkis and Wiley Capital Management, LLC | 725 South Figueroa Street, 39th Floor, Los Angeles, CA 90017 | 5.04% |

---

[1] This list reflects holders of five percent or more of Cobalt International Energy, Inc.'s common stock. It is based solely on information obtained from Bloomberg through the Bloomberg database. This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedures. By separate motion filed contemporaneously herewith, the debtor is requesting a waiver of the requirement under rule 1007 to file a list of all of its equity security holders.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| COBALT INTERNATIONAL ENERGY, INC., | Case No. 17-_____(___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholders | Approximate Percentage of Shares Held |
|---|---|
| N/A | N/A |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cobalt International Energy, Inc., *et al.* |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number *(If known)*: | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders           12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wells Fargo Bank, N.A. 600 S. 4th Street, 11th Floor Minneapolis, MN 55415 | Attn: Claire Alber Phone: 612-667-0337 Fax: 214-756-7401 Email: claire.m.alber@wellsfargo.com | 2.625% Sr Convertible Notes | | | | $801,171,133.25 |
| 2 | Wells Fargo Bank, N.A. 600 S. 4th Street, 11th Floor Minneapolis, MN 55415 | Attn: Claire Alber Phone: 612-667-0337 Fax: 214-756-7401 Email: claire.m.alber@wellsfargo.com | 3.125% Sr Convertible Notes | | | | $627,880,485.59 |
| 3 | Skadden Arps Slate Meagher Four Times Square New York, NY 10036 | Attn: Jay Kasner & Scott Musoff Fax: 212-735-2000 Email: jay.kasner@skadden.com; scott.musoff@skadden.com | Trade Debt | | | | $2,777,458.00 |
| 4 | Wachtell Lipton Rosen & Katz 51 West 52nd Street New York, NY 10019 | Attn: Director or Officer Fax: 212-403-2000 Email: srdavies@wlrk.com | Trade Debt | | | | $1,108,102.76 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | Schlumberger Technology Corp 300 Schlumberger Drive Sugar Land, TX 77478 | Attn: Director or Officer Fax: 281-285-8545 Email: customerremittances@slb.com | Trade Debt | | | | $741,686.12 |
| 6 | Williams & Connolly LLP 725 12th Street, N.W. Washington, DC 20005 | Attn: Director or Officer Fax: 202-434-5029 | Trade Debt | | | | $537,956.65 |
| 7 | CGG Services (U.S.) Inc. 10300 Town Park Dr Houston, TX 77072 | Attn: Erika Lovertro & Nina Hodge Email: erika.lovetro@cgg.com; nina.hodge@Cgg.Com | Trade Debt | | | | $338,000.00 |
| 8 | Baker Hughes Oilfield Operational LLC 17021 Aldine Westfield Road Houston, TX 77073 | Attn: Director or Officer Phone: 713-879-1727 Fax: 713-879-2662 Email: arcccashapplication@bakerhughes.com | Trade Debt | | | | $167,450.91 |
| 9 | Weatherford Laboratories 5200 North Sam Houston Parkway West, Suite 500 Houston, TX 77086 | Attn: Ana Pandes Fax: 281-583-8959 Email: ana.pandes@weatherford.com | Trade Debt | | | | $127,466.68 |
| 10 | National Economic Research Associates, Inc. 360 Hamilton Avenue, 10th Floor White Plains, NY 10601 | Attn: John Dwyer Fax: 212-345-4650 Email: neraaccountsreceivable@nera.com | Trade Debt | | | | $92,555.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | Gardere Wynne Sewell LLP<br>2021 Mckinney Ave, Suite 1600<br>Dallas, TX 75201 | Attn: Ronald Oran<br>Fax: 214-999-4667<br>Email: roran@gardere.com | Trade Debt | | | | $79,008.60 |
| 12 | Intecsea, Inc<br>575 N. Dairy Ashford, Suite 400<br>Houston, TX 77079 | Attn: Director or Officer<br>Phone: 281-987-0800<br>Fax: 713-892-0869<br>Email: billing@intecsea.com | Trade Debt | | | | $46,699.20 |
| 13 | Marine Preservation Assoc<br>20645 N. Pima Road Ste 100<br>Scottsdale, AZ 85255 | Attn: Brett Drewry<br>Phone: 480-991-5599<br>Email: brewry@mpaz.org | Trade Debt | | | | $37,500.00 |
| 14 | Earth Science Assoc. C and T Inc.<br>5312 Gallatin Place<br>Boulder, CO 80303 | Attn: Andrew Pulham<br>Phone: 303-887-4173<br>Email: docandyp@gmail.com | Trade Debt | | | | $34,860.77 |
| 15 | Geocomputing Group, LLC<br>11757 Katy Freeway, Ste. 1300<br>Houston, TX 77079 | Attn: Elizabeth Schall<br>Phone: 832-251-1900<br>Email: eschall@geocomputing.net | Trade Debt | | | | $31,150.00 |
| 16 | Sonangol Offshore Services Co.<br>1401 Enclave Parkway, Suite 125<br>Houston, TX 77077 | Deanna Evans<br>Phone: 281-921-8056<br>Fax: 281-966-1888<br>Email: devans@sonangoloffshore.com | Trade Debt | | | | $25,867.40 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | JCC Services Inc.<br>19219 Katy Freeway, Suite 200<br>Houston, TX 77094 | Attn: Cathy Brock & Michele Heli<br>Phone: 281-578-3388<br>Email: cathy.brock@jccteam.com;<br>michele.heli@jccteam.com | Trade Debt | | | | $25,584.00 |
| 18 | Crowe Horwath LLP<br>225 West Wacker Drive, Suite 2600<br>Chicago, IL 60606-1224 | Attn: Jansie McMahan<br>Fax: 312-899-5300<br>Email: jansie.mcmahan@Croweharwath.Com | Trade Debt | | | | $25,025.00 |
| 19 | Covington and Burling LLP<br>One Citycenter, 850 Tenth Street, Nw<br>Washington, DC 20001-4956 | Attn: Director or Officer<br>Phone: 202-662-6000<br>Fax: 202-662-6291 | Trade Debt | | | | $23,658.73 |
| 20 | Blade Energy Partners Ltd<br>2600 Network Blvd Suite 550<br>Frisco, TX 75034 | Attn: Michelle Pineda<br>Phone: 972-712-8407<br>Fax: 972-712-8408<br>Email: mpineda@blade-energy.com | Trade Debt | | | | $22,298.00 |
| 21 | Berger Geosciences LLC<br>13100 North West Fwy Ste 600<br>Houston, TX 77040 | Attn: Director or Officer<br>Phone: 713-341-0397<br>Fax: 713-341-0398<br>Email: admin@b-geo.com | Trade Debt | | | | $18,000.00 |
| 22 | Cuneiform Offshore Consulting, LLC<br>3406 Shadowchase Dr<br>Houston, TX 77082 | Attn: Basim Mekha<br>Phone: 832-859-8668<br>Email: bmekha@cuneiform-offshore.com | Trade Debt | | | | $16,720.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | PRQ Inc<br>6125 Hilton Road<br>Manitou Springs, CO 80829 | Attn: Paul Quigley<br>Phone: 863-940-0918<br>Fax: 863-293-3732<br>Email: paul.quigley@cobaltintl.com | Trade Debt | | | | $14,520.00 |
| 24 | Vinson And Elkins LLP<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002 | Attn: Director or Officer<br>Fax: 713-758-2346 | Trade Debt | | | | $10,533.75 |
| 25 | PriceWaterhouseCoopers LLP<br>300 Madison Avenue, 24Th Floor<br>New York , NY 10017 | Attn: Bob Morgan<br>Fax: 813-286-6000<br>Email: bob.morgan@us.pwc.com | Trade Debt | | | | $10,363.00 |
| 26 | Oil Spill Response (Dispersants) Limited<br>Lower William Street<br>Southampton Hampshire,  SO14 5QE | Attn: Director or Officer<br>Phone: 02380 331551<br>Fax: 44-20-7724-0103<br>Email: creditcontrol@oilspillresponse.com | Trade Debt | | | | $10,273.00 |
| 27 | Fugro Marine Geoservices, Inc<br>6100 Hillcroft<br>Houston, TX 77081 | Attn: Carlena Jiro<br>Phone: 713-369-5559<br>Fax: 713-336-5811<br>Email: cjiro@fugro.com | Trade Debt | | | | $7,510.00 |
| 28 | Axia Partners, LP<br>515 Post Oak Blvd, Suite 910<br>Houston, TX 77027 | Attn: Director or Officer<br>Fax: 781-240-6050<br>Email: ar@axiapartners-us.com | Trade Debt | | | | $6,960.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Ellington And Associates Inc<br>6510 Guhn Rd<br>Houston, TX 77040 | Attn: Director or Officer<br>Phone: 713-956-2838<br>Fax: 713-481-5333<br>Email: alsog.fnusa@alsglobal.com | Trade Debt | | | | $6,357.00 |
| 30 | Halliburton Energy Services<br>14851 Milner Road Gate 5A<br>Houston, TX 77032 | Attn: Clarice Gray<br>Fax: 281-449-1603<br>Email: clarice.gray@halliburton.com | Trade Debt | | | | $5,365.40 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name       Cobalt International Energy, Inc., *et al.* | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration     List of Equity Security Holders, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 12/14/2017 | ☒ /s/ David D. Powell |
|---|---|
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **David D. Powell** |
| | Printed name |
| | **Chief Financial Officer** |
| | Position or relationship to debtor |

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7

## Resolution of the Board of Directors of
## Cobalt International Energy, Inc.

WHEREAS, the Board of Directors (the "Board") of Cobalt International Energy, Inc., a Delaware corporation (the "Company"), hereby takes the following actions and adopts the following resolutions pursuant to the organizational documents of the Company and the laws of the state of Delaware:

**Chapter 11 Filing**

WHEREAS, the Board has considered presentations by the management of the Company and the financial and legal advisors to the Company regarding the Company's liabilities and liquidity situation and its available strategic alternatives, as well as the effect of the foregoing on the Company's business; and

WHEREAS, the Board has had adequate opportunity to consult with the management of the Company and with the financial and legal advisors to the Company, obtain additional information, and fully consider each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company (including a consideration of its creditors and other parties in interest) that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction and/or any other petition for relief or recognition or other order that may be desirable under applicable law in the United States;

RESOLVED, that any of the Chief Executive Officer, the Chief Financial Officer, the President of Operations, the General Counsel, any Vice President, or any other duly appointed officer of the Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby are, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**Retention of Professionals**

RESOLVED, that each of the Authorized Signatories be, and hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland;

RESOLVED, that each of the Authorized Signatories be, and hereby are, authorized and directed to employ the law firm of Zack A. Clement, PLLC ("Clement") as local bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Clement;

RESOLVED, that each of the Authorized Signatories be, and hereby are, authorized and directed to employ the firm Houlihan Lokey Capital, Inc. ("Houlihan") as financial advisor and investment banker to, among other things, represent and assist the Company in evaluating their business and prospects, developing a long-term business plan, developing financial data for evaluation by the Board, creditors, and/or other third parties, as requested by the Company from time to time, evaluating the Company's capital structures, responding to issues related to the Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of the Company's assets; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Houlihan;

RESOLVED, that each of the Authorized Signatories be, and hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC ("KCC") as notice and claims agent to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of KCC;

RESOLVED, that each of the Authorized Signatories be, and hereby are, authorized and directed to employ and retain any other professional advisors to represent and assist the Company in carrying out their duties under the Bankruptcy Code as such Authorized Signatory deems necessary, proper, or desirable in connection with the Company's Chapter 11 Cases, with a view to the successful prosecution of such case; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed appropriate applications for authority to retain the services of any such other professional advisors, in each case on such terms as such Authorized Signatory deems necessary, proper or desirable in connection with the Company's Chapter 11 Cases, with a view to the successful prosecution of such case;

RESOLVED, that each of the Authorized Signatories be, and hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance from legal counsel, accountants, financial advisors, and other professional advisors, and to take and perform any and all further acts and deeds that such Authorized Signatory

deems necessary, proper, or desirable in connection with the Company's Chapter 11 Cases, with a view to the successful prosecution of such case;

**Cash Collateral and Adequate Protection**

RESOLVED, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to that certain First Lien Indenture, dated as of December 6, 2016, among the Company, as issuer, each of Cobalt International Energy GP, LLC, Cobalt International Energy, L.P., Cobalt GOM LLC, Cobalt GOM #1 LLC and Cobalt GOM #2 LLC, as subsidiary guarantors (the "Subsidiary Guarantors"), and Wilmington Trust, National Association, as trustee and collateral agent (the "Trustee"), or to that certain Second Lien Indenture, dated as of December 6, 2016, among the Company, as issuer, the Subsidiary Guarantors, and the Trustee;

RESOLVED, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Company will provide certain adequate protection to the Secured Lenders (the "Adequate Protection Obligations"), as documented in a proposed order in interim and final form (the "Cash Collateral Order") and submitted for approval to the Bankruptcy Court;

RESOLVED, that the form, terms, and provisions of the Cash Collateral Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted, and approved, and each of the Authorized Signatories of the Company be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof;

RESOLVED, that the Company, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Cash Collateral Transactions"), including granting liens on its assets to secure such obligations;

**General**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to do

such further acts and things as any Authorized Signatory or such other duly authorized person shall deem necessary or appropriate in connection with, or to carry out the actions contemplated by, the foregoing resolutions, including to do and perform (or cause to be done and performed), in the name and on behalf of the Company, all such acts and to sign, make, execute, affix common seal on, deliver, issue, or file (or cause to be signed, made, executed, delivered, issued or filed) with any person including any governmental authority or agency, all such agreements, resolutions, deeds, instruments, letters, certificates, proxies, notices, certificates, acknowledgements, authorizations, consents, releases, waivers, and other documents (whether of like nature or not) (the "Ancillary Documents") and all amendments and modifications to any such Ancillary Documents, and to pay, or cause to be paid, all such payments, as any Authorized Signatory may deem necessary or advisable in order to carry out the intent of the foregoing resolutions, the authority for the doing of any such acts and things, and the signing, making, execution, delivery, issue, and filing of such of the foregoing to be conclusively evidenced thereby;

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice; and

RESOLVED, that all acts relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act had been specifically authorized in advance by a valid resolution of the Board.

RESOLVED, that each of the Subsidiary Guarantors are, and each of them hereby is, authorized and directed to approve and ratify the Chapter 11 Case, the retention of each of Kirkland, Clement, Houlihan, and KCC, the incurrence of the Adequate Protection Obligations and entry into the Cash Collateral Transactions, and the entry by each such Subsidiary Guarantor into all applicable documents, agreements, certificates, or instruments necessary or desirable in connection with the foregoing, pursuant to one or more resolutions, written consents, or other actions or approvals taken in accordance with such Subsidiary Guarantor's applicable organizational documents and instruments; and all such actions and approvals taken or to be taken by the Subsidiary Guarantors are hereby approved and ratified by the Company.

* * * * *



**Official Resolutions
of the
Board of Directors
of
Cobalt International Energy, Inc.**

Dated: 12/12/2017