UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-36709 (MI) |
|---|---|---|---|
| Debtor | In Re: | Cobalt International Energy, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Illinois, New York__:

| | |
|---|---|
| Name | Chad J. Husnick, P.C. |
| Firm | Kirkland & Ellis LLP |
| Street | 300 North LaSalle |
| City & Zip Code | Chicago, Illinois 60654 |
| Telephone | 312-862-2000 / chad.husnick@kirkland.com |
| Licensed: State & Number | IL 6283129, NY 4855995 |

Seeks to appear as the attorney for this party:

Cobalt International Energy, Inc., et al.

Dated: December 14, 2017        Signed: /s/ Chad J. Husnick

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                United States Bankruptcy Judge