

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/22/2018

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) | Case No. 17-36709 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 448** |

## ORDER (I) CONTINUING THE HEARING TO APPROVE THE DISCLOSURE STATEMENT, (II) SHORTENING THE PERIOD TO FILE PLAN OBJECTIONS, AND (III) SHORTENING THE NOTICE REQUIREMENTS RELATED THERETO

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an (this "Order") (i) continuing the hearing to approve the disclosure statement, (ii) shortening the period to file plan objections, and (iii) shortening the notice requirements related thereto; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, all as more fully set forth in the Motion; and upon the First Day Declaration; and this court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this court having found that it may enter a final order consistent with Article III of the United States Constitution; and this court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this court having found that the relief requested in the Motion is in the best interests of the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

estates, their creditors, and other parties in interest; and this court having found that the Debtors'

notice of the Motion and opportunity for a hearing on the Motion were appropriate under the

circumstances and no other notice need be provided; and this court having reviewed the Motion

and having heard the statements in support of the relief requested therein at the February 22, 2018

hearing before this court (the "Hearing"); and this court having determined that the legal and

factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted

herein; and upon all of the proceedings had before this court; and after due deliberation and

sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as provided herein.

2.      Notwithstanding any other prior order of this Court, the following dates are hereby

established with respect to the hearing to approve the Debtors' disclosure statement and subsequent

plan confirmation (all times prevailing Central Time), subject to further modification as necessary:

| Event | Date |
| --- | --- |
| Disclosure Statement Objection Deadline | March 2, 2018, at 4:00 p.m., prevailing Central Time |
| Voting Record Date | March 5, 2018 |
| Disclosure Statement Hearing | March 8, 2018, at 9:00 a.m., prevailing Central Time |
| Solicitation Deadline | March 12, 2018 |
| Plan Objection Deadline | March 27, 2018, at 4:00 p.m., prevailing Central Time |
| Voting Deadline | March 28, 2018, at 4:00 p.m., prevailing Central Time |
| Deadline to File Confirmation Brief and Plan Objection Reply | March 28, 2018, at 11:59 p.m., prevailing Central Time |
| Confirmation Hearing Date | March 30, 2018, at 9:30 a.m., prevailing Central Time |

3.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

5.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _2-22_, 2018
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE