UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **COBALT INTERNATIONAL ENERGY, INC.**, *et al.*,[1] | ) | Case No. 17-36709 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**WITNESS AND EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH THE HEARING ON MARCH 8, 2018**
**[Relates to D.I. 275]**

The Official Committee of Unsecured Creditors (the "Committee") submits the following Witness and Exhibit List for the hearing scheduled on March 8, 2018 at 10:00 a.m. (CDT), in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases") before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Committee may call the following witnesses:

1. Any witness listed, offered, or called by any other party, including the Debtors.

2. Any witness required for rebuttal or impeachment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Petition in *Gaines v. Bryant et al.*, Cause No. 2016-29850 (Harris County, TX District Court) | | | | |
| 2. | Petition in *McDonaugh v. Bryant et al.*, Cause No. 2016-82186 (Harris County, TX District Court) | | | | |
| 3. | Petition in *Hafkey v. Bryant et al*, Cause No. 2017-23329 (Harris County, TX District Court) | | | | |
| 4. | Second Amended Consolidated Class Action Complaint in *In re Cobalt International Energy, Inc. Securities Litigation*, Civil Action No. H-14-3428 (S.D. Tex.) | | | | |
| 5. | Cobalt Defendants' Answer to Second Amended Consolidated Class Action Complaint in *In re Cobalt International Energy, Inc. Securities Litigation*, Civil Action No. H-14-3428 (S.D. Tex.) | | | | |
| 6. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 7. | Any exhibits necessary for rebuttal. | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the March 8, 2018 Hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

*Remainder of page intentionally left blank*

Dated:   March 6, 2018

        */s/Kenneth Green*
SNOW SPENCE GREEN, LLP
Kenneth Green, Esq. (TX Bar No. 24036677)
2929 Allen Parkway, Suite 2800
Houston, TX 77019
Telephone: (713) 335-4830

*Local Counsel for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Steven W. Golden, Esq. (TX Bar No. 24099681)
780 Third Ave., 34th Fl.
New York, NY 10017
Telephone: (212) 561-7700

Ira Kharasch, Esq. (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910

*Lead Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in this case.

Dated: March 6, 2018
       Houston, TX        */s/* Kenneth Green
                                    Kenneth Green