**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:   COBALT INTERNATIONAL ENERGY, INC. ET AL [1]          Petition Date:   December 14, 2017

Case Number:   17-36709 (MI)

**MONTHLY OPERATING REPORT SUMMARY FOR THE PERIOD**
**($ in thousands)**

|  | Jan 2018 | Feb 2018 |
|---|---|---|
| Revenues (MOR 6) | $ 8,956 | $ 5,354 |
| Loss before interest, DD&A (MOR 6) | $ (266,629) | $ 3,155 |
| Net loss (MOR 6) | $ (280,596) | $ (5,791) |
| Payments to insiders (MOR 9) | $ 1,095 | $ 401 |
| Payments to professionals (MOR 9) | $ 937 | $ 1,176 |
| Total disbursements (MOR 8) | $ 16,005 | $ 15,814 |

**Required Insurance Maintained as of the Signature Date**

| | | Expiration Date |
|---|---|---|
| Commercial General Liability | Yes (X) No ( ) | Nov-18 |
| Foreign Liability | Yes (X) No ( ) | Nov-18 |
| Umbrella Liability | Yes (X) No ( ) | Nov-18 |
| Excess Liability | Yes (X) No ( ) | Nov-18 |
| Energy Package | Yes (X) No ( ) | Nov-18 |
| US Property | Yes (X) No ( ) | Nov-18 |
| Director & Officer | Yes (X) No ( ) | Dec-18 |

| Attorney Name | Chad J. Husnick and Brad Weiland |
|---|---|
| Name | Kirkland and Ellis LLP |
| Address | 300 N LaSalle |
| City, State, Zip | Chicago, IL 60654 |
| Telephone | (312) 862-2000 |

Are all accounts receivable being collected within terms?   **No**
Are all post-petition liabilities, including taxes, being paid within terms?   **Yes**
Have any pre-petition liabilities been paid?   **Yes**
  If so, describe   Paid in accordance with First Day Orders (as defined herein)
Are all funds received being deposited into DIP bank accounts?   **Yes**
Were any assets disposed of outside the normal course of business?   **No**
  If so, describe
Are all U. S. Trustee Quarterly Fee Payments current?   **Yes**
What is the status of your Plan of Reorganization?
  The Debtors filed an Fourth Amended Joint Chapter 11 Plan [Docket No. 561]

I certify under penalty of perjury that the following complete Monthly Operating Report Firm (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct to the best of my knowledge.

SIGNED   _David D. Powell_          **TITLE** Chief Financial Officer
(Original Signature)

David D. Powell
(Print name of signatory)          3/21/2018
                                    Date

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024. The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis.

Case Name:     COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:   17-36709 (MI)

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND
## DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT

On December 14, 2017 (the "Petition Date"), Cobalt International Energy, Inc. certain of its affiliated debtors, as debtor– and debtors–in–possession, (collectively, the "Debtors") each filed voluntary petitions for relief (collectively, the "Chapter 11 Cases") under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are operating their businesses and properties as debtors–in–possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered pursuant to rule 1015(b) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") [Docket No. 33]. On December 21, 2017, the United States Trustee for the Southern District of Texas (the "United States Trustee") appointed an official committee of unsecured creditors pursuant to section 1107 of the Bankruptcy Court [Docket No. 117].

### General Methodology

The Debtors are filing their consolidated monthly operating report (the "MOR") solely for purposes of complying with the reporting requirements of Bankruptcy Rule 2015, Bankruptcy Local Rules for the Southern District of Texas, and applicable guidelines promulgated by the United States Trustee. The financial information contained herein represents the financial information of the Debtors only. This financial information is preliminary, unaudited, limited in scope, and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP"). The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the consolidated results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

### Basis of Presentation

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the MOR requirements applicable to the Chapter 11 Cases as set forth herein. The unaudited financial statements have been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the

Case Name: <u>COBALT INTERNATIONAL ENERGY, INC. ET AL</u>

Case Number: <u>17-36709 (MI)</u>

application of such procedures, the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR.

**Reporting Period**

Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**Accuracy**

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non–bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Payment of Prepetition Claims Pursuant to First Day Orders**

On the Petition Date, the Bankruptcy Court entered orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, (a) pay certain prepetition (i) liabilities related to the Debtors' use of cash collateral, (ii) obligations on account of certain working interest expenditures, joint interest billings and delay rental payments, (iii) employee wages, salaries and related items, (iv) taxes and certain governmental fees and charges, and (v) insurance obligations; (b) continue use of the Debtors' cash management system and (c) obtain other customary relief. If any payments were made on account of such claims following the commencement of the Chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders or otherwise, such payments have been included in this MOR unless otherwise noted.

Case Name:  COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:  17-36709 (MI)

**Liabilities Subject to Compromise**

As a result of the chapter 11 filing, the payment of prepetition indebtedness is subject to compromise or other treatment under a chapter 11 plan.  The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan.  Accordingly, the ultimate amount of such liabilities is not determinable at this time.  Further, the amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending of Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events..

**Reservation of Rights**

The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to the Chapter 11 cases.

**Insiders**

For purposes of this MOR, the Debtors defined "insiders" pursuant to the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non–Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

Case Name:   COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:   17-36709 (MI)

## COMPARATIVE BALANCE SHEETS
### ASSETS
**($ in thousands)**

| | Dec-17 | Jan-18 | Feb-18 |
|---|---|---|---|
| Current assets: | | | |
| Cash and cash equivalents | $ 430,783 | $ 422,101 | $ 416,560 |
| Restricted cash | 11,274 | 11,274 | 11,274 |
| Accounts receivable: | | | |
| Joint interest and other receivables | 13,097 | 13,368 | 10,268 |
| Related party | 2,600,683 | 2,601,055 | 2,601,274 |
| Other current assets | 38,644 | 36,226 | 33,168 |
| Total current assets | 3,094,481 | 3,084,024 | 3,072,544 |
| | | | |
| Investments in associated companies | (2,732,255) | (2,733,215) | (2,732,936) |
| Oil and natural gas properties, net | 917,690 | 910,892 | 905,528 |
| Other property, net | 2,502 | 2,390 | 2,279 |
| Other assets | 19,428 | 19,428 | 19,428 |
| Total assets | $ 1,301,846 | $ 1,283,519 | $ 1,266,843 |

MOR 2

Case Name:    COBALT INTERNATIONAL ENERGY, INC.  ET AL

Case Number:  17-36709 (MI)

**COMPARATIVE BALANCE SHEETS**
**LIABILITIES**
**($ in thousands)**

|                                              | Dec-17      | Jan-18      | Feb-18      |
|----------------------------------------------|-------------|-------------|-------------|
| Current liabilities:                         |             |             |             |
| Trade and other accounts payable             | $    2,044  | $    2,272  | $    6,734  |
| Accrued liabilities                          | 18,789      | 17,812      | 15,361      |
| Total current liabilities                    | 20,833      | 20,084      | 22,095      |
|                                              |             |             |             |
| Asset retirement obligations                 | 16,598      | 16,814      | 7,559       |
| Other long-term liabilities                  | 1,577       | 1,551       | 1,525       |
| Liabilities subject to compromise            | 3,220,284   | 3,223,563   | 3,224,540   |
|                                              |             |             |             |
| Stockholders' equity:                        |             |             |             |
| Common stock                                 | 296         | 297         | 297         |
| Additional paid-incapital                    | 4,239,746   | 4,240,723   | 4,236,131   |
| Accumulated deficit                          | (6,197,488) | (6,219,513) | (6,225,304) |
| Total stockholders' equity                   | (1,957,446) | (1,978,493) | (1,988,876) |
| Total liabilities and stockholders' equity   | $  1,301,846| $  1,283,519| $  1,266,843|

MOR 3

Case Name:   COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:   17-36709 (MI)

## SCHEDULE OF POST–PETITION LIABILITIES
### ($ in thousands)

|  | Dec-17 | Jan-18 | Feb-18 |
|---|---|---|---|
| Trade and other accounts payable | $   2,044 | $   2,272 | $   6,734 |
| Accrued liabilities: |  |  |  |
| Seismic and operating costs | 10,596 | 10,645 | 7,489 |
| Interest expense | 4,715 | 4,896 | 4,896 |
| General and administrative costs | 1,521 | 1,522 | 2,292 |
| AFE costs | 1,203 | 749 | 684 |
| Franchise and property taxes | 754 | - | - |
| Total long-term liabilities | 18,175 | 18,365 | 9,084 |
| Total post petition liabilities | $   39,008 | $   38,449 | $   31,179 |

MOR 4

Case Name:    COBALT INTERNATIONAL ENERGY, INC.  ET AL

Case Number:    17-36709 (MI)

## AGING OF POST–PETITION LIABILITIES
## AS OF FEBRUARY 28, 2018
### ($ in thousands)

| Days | Trade and Other Accounts Payable | Seismic and Operating Costs | Interest Costs | G&A Costs | AFE Costs | Other Liabilities | Total |
|------|---|---|---|---|---|---|---|
| 1 - 30 | $ 3,734 | $ 7,489 | $ 4,896 | $ 2,292 | $ 684 | $ 9,084 | $ 28,179 |
| 30 - 60 | 2,618 | - | - | - | - | - | 2,618 |
| 60 - 90 | 353 | - | - | - | - | - | 353 |
| 90 + | 29 | - | - | - | - | - | 29 |
| | $ 6,734 | $ 7,489 | $ 4,896 | $ 2,292 | $ 684 | $ 9,084 | $ 31,179 |

## AGING OF ACCOUNTS RECEIVABLE
## AS OF FEBRUARY 28, 2018
### ($ in thousands)

| Days | Customer 1 | Customer 2 | Customer 3 | Customer 4 | All Others | Total |
|------|---|---|---|---|---|---|
| 1 - 30 | $ 2,659 | $ 5,994 | $ - | $ (325) | $ (1) | $ 8,327 |
| 30 - 60 | - | - | - | - | - | - |
| 60 - 90 | - | - | - | 9 | - | 9 |
| 90 + | 1,556 | - | 337 | | 39 | 1,932 |
| | $ 4,215 | $ 5,994 | $ 337 | $ (316) | $ 38 | $ 10,268 |

MOR 5

Case Name:     COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:     17-36709 (MI)

## STATEMENT OF INCOME (LOSS)
### ($ in thousands)

| | Jan 2018 [1] | Feb 2018 [2] |
|---|---:|---:|
| Revenues | $ 8,956 | $ 5,354 |
| | | |
| Operating costs and expenses: | | |
|   Seismic and operating costs | 8,285 | 1,210 |
|   Dry hole costs and impairments | 5,196 | (5,918) |
|   Lease operating expenses | 1,482 | 808 |
|   General and administrative expenses | 13,517 | 4,618 |
|   Accretion expense | 274 | (52) |
|   Depreciation, depletion and amortization | 9,071 | 4,050 |
|   Total operating costs and expenses | 37,825 | 4,716 |
| | | |
| Operating loss | (28,869) | 638 |
| | | |
| Other (expense) income: | | |
|   Other income (expense) | 85 | (118) |
|   Interest income | 602 | 369 |
|   Interest expense | (4,896) | (4,896) |
|   Equity in (loss) income of subsidiaries | (1,871) | 279 |
|   Reorganization expenses | (245,647) | (2,063) |
|   Total other expense | (251,727) | (6,429) |
| | | |
| Net loss | $ (280,596) | $ (5,791) |

---

[1] The month of January 2018 includes activity from the Petition Date to, and including, January 31, 2018.

[2] The month of February 2018 contains a correction of $7.7 million to dry hole costs and impairments related to the finalization of the 2017 audit.

MOR 6

Case Name:  COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:  17-36709 (MI)

## CASH RECEIPTS AND DISBURSEMENTS
### ($ in thousands)

|  | Jan 2018 [1] | Feb 2018 |
|---|---|---|
| Cash - beginning of month | $ 430,783 | $ 422,101 |
| Receipts: | | |
| Collection of accounts receivable | 6,927 | 9,901 |
| Interest | 385 | 369 |
| Other | 11 | 3 |
| Total receipts | 7,323 | 10,273 |
| Disbursements: | | |
| Payroll, payroll taxes and benefits | (2,590) | (5,677) |
| Seismic and operating costs/capex | (5,205) | (2,672) |
| Property taxes | (576) | (1) |
| General and administrative | (1,264) | (730) |
| Independent contractors | (386) | (451) |
| Intercompany funding | (330) | (199) |
| Other | (2) | (12) |
| Total disbursements from operations | (10,353) | (9,742) |
| Professional fees | (937) | (1,176) |
| Interest payments | (4,715) | (4,896) |
| Total disbursements | (16,005) | (15,814) |
| Net cash flow | (8,682) | (5,541) |
| Cash - end of month | $ 422,101 | $ 416,560 |

_____

[1]  The month of January 2018 includes activity from January 1, 2018 to, and including, January 31, 2018.

MOR 7

Case Name:    COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:    17-36709 (MI)

## CASH ACCOUNTS RECONCILIATION
### MONTH OF FEBRUARY 2018
#### ($ in thousands)

| Account type<br>Bank name<br>Account number | | Master<br>Citibank<br>30940925 | | Payroll<br>Citibank<br>30940933 | | Disbursement<br>Citibank<br>38875769 | | Demand<br>Deposit/<br>Lockbox<br>Wells Fargo<br>1250232368 | | Money Market<br>UBS<br>CP-41613 LJ | | Proceeds<br>Account<br>Societe Generale<br>00203947 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank balance | $ | 25,000 | $ | - | $ | - | $ | 1 | $ | 377.168 | $ | 6.636 | $ | 408,805 |
| Deposits in transit | | 7.780 | | 3 | | - | | | | - | | - | | 7.783 |
| Outstanding checks | | (2) | | - | | (26) | | | | - | | - | | (28) |
| Bank fees and interest | | - | | - | | - | | | | - | | - | | - |
| Adjusted bank balance | $ | 32,778 | $ | 3 | $ | (26) | $ | 1 | $ | 377.168 | $ | 6.636 | $ | 416,560 |
| | | | | | | | | | | | | | | |
| Cash - beginning of month | $ | 19,010 | $ | 1 | $ | (196) | $ | 1 | $ | 376.800 | $ | 26.485 | $ | 422.101 |
| Receipts | | 3.146 | | 3 | | - | | - | | 368 | | 6.756 | | 10,273 |
| Transfers between accounts | | 24,816 | | - | | 184 | | - | | - | | (25,000) | | - |
| Intercompany transfers | | (199) | | - | | - | | - | | - | | - | | (199) |
| Checks/other disbursements | | (13.995) | | (1) | | (14) | | - | | - | | (1,605) | | (15,615) |
| Cash - end of month | $ | 32,778 | $ | 3 | $ | (26) | $ | 1 | $ | 377.168 | $ | 6.636 | $ | 416,560 |

MOR 8

Case Name:   COBALT INTERNATIONAL ENERGY, INC. ET AL

Case Number:   17-36709 (MI)

## PAYMENTS TO INSIDERS AND PROFESSIONALS
### ($ in thousands)

| | Jan 2018 [1] | Feb 2018 |
|---|---:|---:|
| Timothy Cutt - salary | $ 83 | $ 83 |
| David D. Powell - salary | 42 | 43 |
| Jeffery Starzec - salary | 40 | 40 |
| Rich Smith - salary | 35 | 35 |
| William Utt - director fees | 107 | - |
| Jack Golden - director fees | 69 | - |
| John Hagale - director fees | 74 | 1 |
| Paul Keglevic - director fees | 103 | - |
| Jon Marshall - director fees | 74 | - |
| KWM Advisors LLC - director fees | 69 | - |
| Myles Scoggins - director fees | 69 | - |
| CIE Germany GmbH & Co. KG | - | 1 |
| CIE Germany Verwaltungs GmbH | - | 6 |
| CIE Angola Block 20 Ltd. | 1 | - |
| CIE Angola Block 21 Ltd. | 320 | 192 |
| CIE Mexico LLC | 9 | - |
| Total payments to insiders | $ 1,095 | $ 401 |

| | Jan 2018 [1] | Feb 2018 |
|---|---:|---:|
| Moelis & Company LLC | $ 155 | $ - |
| Weil, Gotshal & Manges LLP | 782 | - |
| Wilmington Trust National Association | - | 68 |
| Akin Gump Strauss Hauer & Feld LLP | - | 785 |
| Wilmer Cutler Pickering Hale and Dorr LLP | - | 323 |
| Total payments to professionals | $ 937 | $ 1,176 |

[1] The month of January 2018 includes activity from January 1, 2018 to, and including, January 31, 2018.

Case Name:     COBALT INTERNATIONAL ENERGY, INC.  ET AL

Case Number:   17-36709 (MI)

**Exhibit A**
**Schedule of Consolidated Disbursements**
**($ in thousands)**

| Entity | Case # | Jan 2018 [1] | Feb 2018 |
|--------|--------|-------------:|---------:|
| Cobalt International Energy, Inc. | 17-36709 | $         - | $         - |
| Cobalt International Energy GP, LLC. | 17-36710 | - | - |
| Cobalt International Energy, L.P. | 17-36711 | 13,812 | 14,209 |
| Cobalt GOM LLC | 17-36712 | - | - |
| Cobalt GOM #1 LLC | 17-36713 | 2,193 | 1,605 |
| Cobalt GOM #2 LLC | 17-36714 | - | - |
| Total disbursements | | $    16,005 | $    15,814 |

---

[1]   The month of January 2018 includes activity from January 1, 2018 to, and including, January 31, 2018.