IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) Case No. 17-36709 (MI) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on March 8, 2018, United States Bankruptcy Court for the Southern District of Texas entered an order [Docket No. 563] (the "Disclosure Statement Order"): (a) authorizing Cobalt International Energy, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 561] (as may be modified, amended, or supplemented from time to time, the "Plan"),[2] (b) approving the *Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates* [Docket No. 562] (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, (c) approving the solicitation materials and documents to be included in the solicitation packages, and (e) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order, the Debtors filed the Plan Supplement with the Court on March 21, 2018 attached hereto. The Plan Supplement contains the following documents (each as defined in the Plan): (a) a list of Executory Contracts and Unexpired Leases to be assumed or assumed and assigned pursuant to the Plan, and as may be amended by the Debtors in accordance with the Plan prior to the Effective Date, (b) a list of Executory Contracts and Unexpired Leases to be rejected pursuant to the Plan; (c) a schedule of the Retained Causes of Action, (d) identification and compensation of the Plan Administrator, (e) the Disputed Claims Reserve Amount, and (f) a summary of the Wind Down Budget, subject to appropriate confidentiality protections.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **April 3, 2018, at 8:30 a.m.**, prevailing Central Time, before the Honorable Marvin Isgur, in the United States

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **March 27, 2018, at 4:00 p.m.**, prevailing Central Time (the "Plan Objection Deadline"). Any objection to the Plan *must*:  (a) be in writing, (b) conform to the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court, (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection, and (d) be filed with the Court (contemporaneously with a proof of service).

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Kurtzman Carson Consultants LLC, the notice and claims agent retained by the Debtors in the chapter 11 cases (the "Notice and Claims Agent"), by:  (a) calling the Notice and Claims Agent at (866) 967-1782 (toll free) or (310) 751-2682 (international), (b) visiting the Debtors' restructuring website at: https://www.kccllc.net/cobalt, (c) writing to the Notice and Claims Agent at Cobalt Ballot Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, and/or (d) emailing CobaltInfo@kccllc.com.  You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at: http://ecf.txsb.uscourts.gov.

> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE NOTICE AND CLAIMS AGENT.**

Houston, Texas
Dated:  March 21, 2018        */s/ Zack A. Clement*
            Zack A. Clement (Texas Bar No. 04361550)
            **ZACK A. CLEMENT PLLC**
            3753 Drummond Street
            Houston, Texas 77025
            Telephone: (832) 274-7629

            -and-

            James H.M. Sprayregen, P.C.  (admitted *pro hac vice*)
            Marc Kieselstein, P.C. (admitted *pro hac vice*)
            Chad J. Husnick, P.C. (admitted *pro hac vice*)
            Brad Weiland (admitted *pro hac vice*)
            W. Benjamin Winger (admitted *pro hac vice*)
            Laura Krucks (admitted *pro hac vice*)
            **KIRKLAND & ELLIS LLP**
            **KIRKLAND & ELLIS INTERNATIONAL LLP**
            300 North LaSalle Street
            Chicago, Illinois 60654
            Telephone:     (312) 862-2000
            Facsimile:     (312) 862-2200

            *Co-Counsel to the Debtors and Debtors in Possession*