## Pachulski Stang Ziehl & Jones LLP

780 Third Aveune
34th Floor
New York, NY 10017

|  |  |
|---|---|
| | April 10, 2018 |
| Christopher J. Ryan | Invoice    119498 |
| Baker Hughes, a GE Company | Client      15117 |
| 2001 Rankin Road | Matter     00002 |
| Houston, TX 77073 | |
| | **RJF** |

RE:  Committee Representation

_____

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/10/2018**

| | |
|---|---:|
| FEES | $240,348.75 |
| EXPENSES | $4,151.21 |
| **TOTAL CURRENT CHARGES** | **$244,499.96** |
| **BALANCE FORWARD** | **$1,264,092.41** |
| **TOTAL BALANCE DUE** | **$1,508,592.37** |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　Page:　　2
Cobalt International O.C.C.　　　　　　　　　　　　　　　　　　　　　　　　Invoice 119498
15117　　00002　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　April 10, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 1.90 | $1,982.50 |
| BL | Bankruptcy Litigation [L430] | 1.20 | $1,027.50 |
| CA | Case Administration [B110] | 2.70 | $1,282.50 |
| CO | Claims Admin/Objections[B310] | 7.40 | $6,330.00 |
| FN | Financing [B230] | 4.30 | $3,332.50 |
| HE | Hearing | 160.40 | $130,439.00 |
| MC | Meeting of Creditors [B150] | 5.70 | $5,432.50 |
| NT | Non-Working Travel | 33.00 | $14,846.25 |
| PD | Plan & Disclosure Stmt. [B320] | 82.70 | $75,676.00 |
| | | 299.30 | $240,348.75 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| AJK | Kornfeld, Alan J. | Partner | 525.00 | 8.50 | $4,462.50 |
| AJK | Kornfeld, Alan J. | Partner | 1050.00 | 53.90 | $56,595.00 |
| BEL | Levine, Beth E. | Counsel | 750.00 | 4.50 | $3,375.00 |
| HDH | Hochman, Harry D. | Counsel | 850.00 | 7.50 | $6,375.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 3.20 | $2,960.00 |
| IDK | Kharasch, Ira D. | Partner | 525.00 | 8.00 | $4,200.00 |
| IDK | Kharasch, Ira D. | Partner | 1050.00 | 45.60 | $47,880.00 |
| JHD | Davidson, Jeffrey H. | Partner | 1245.00 | 0.20 | $249.00 |
| JHR | Rosell, Jason H. | Counsel | 595.00 | 10.60 | $6,307.00 |
| JK | Kandel, Jeffrey | Counsel | 775.00 | 4.30 | $3,332.50 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 0.60 | $555.00 |
| JMF | Fried, Joshua M. | Partner | 850.00 | 5.10 | $4,335.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 975.00 | 2.80 | $2,730.00 |
| LAF | Forrester, Leslie A. | Other | 395.00 | 2.30 | $908.50 |
| LSC | Canty, La Asia S. | Paralegal | 375.00 | 29.60 | $11,100.00 |
| MB | Bove, Maria A. | Counsel | 795.00 | 12.50 | $9,937.50 |
| RJF | Feinstein, Robert J. | Partner | 547.50 | 7.00 | $3,832.50 |
| RJF | Feinstein, Robert J. | Partner | 1095.00 | 45.30 | $49,603.50 |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: | 3 |
| Cobalt International O.C.C. | | | | Invoice 119498 | |
| 15117    00002 | | | | April 10, 2018 | |

| | | | | | |
|---|---|---|---|---|---|
| SJK | Kahn, Steven J. | Counsel | 925.00 | 0.70 | $647.50 |
| SWG | Golden, Steven W. | Associate | 247.50 | 9.50 | $2,351.25 |
| SWG | Golden, Steven W. | Associate | 495.00 | 37.60 | $18,612.00 |
| | | | | 299.30 | $240,348.75 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Air Fare [E110] | $381.99 |
| Auto Travel Expense [E109] | $423.71 |
| Bloomberg | $193.20 |
| Working Meals [E111] | $122.56 |
| Hotel Expense [E110] | $2,201.11 |
| Lexis/Nexis- Legal Research [E | $515.76 |
| Pacer - Court Research | $120.70 |
| Reproduction Expense [E101] | $1.70 |
| Reproduction/ Scan Copy | $137.50 |
| Travel Expense [E110] | $52.98 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Cobalt International O.C.C. | Invoice 119498 |
| 15117    00002 | April 10, 2018 |

## Summary of Expenses

| Description | Amount |
|---|---|
| | $4,151.21 |

| Pachulski Stang Ziehl & Jones LLP | Page: 5 |
|---|---|
| Cobalt International O.C.C. | Invoice 119498 |
| 15117    00002 | April 10, 2018 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| 04/02/2018 | IDK | AD | Emails with attorneys re Milbank feedback today on collusion theory and issues same. | 0.30 | 1050.00 | $315.00 |
| 04/02/2018 | SJK | AD | Review memoranda from Robert J. Feinstein and Ira D. Kharasch regarding collusion argument and respond to same. | 0.10 | 925.00 | $92.50 |
| 04/02/2018 | AJK | AD | Attend meeting with J. Dennis and S. Hardy. | 1.50 | 1050.00 | $1,575.00 |
|  |  |  |  | **1.90** |  | **$1,982.50** |

### Bankruptcy Litigation [L430]

| 04/02/2018 | SJK | BL | Telephone conference with Beth E. Levine regarding status, evidentiary exclusion motion, deposition testimony. | 0.10 | 925.00 | $92.50 |
| 04/04/2018 | JMF | BL | Review standing motion and response (.6), analyze issues re make whole claims (.5). | 1.10 | 850.00 | $935.00 |
|  |  |  |  | **1.20** |  | **$1,027.50** |

### Case Administration [B110]

| 04/05/2018 | LSC | CA | Research and correspondence with respect to open case issues for S. Golden. | 2.30 | 375.00 | $862.50 |
| 04/09/2018 | AJK | CA | Review first day declaration. | 0.40 | 1050.00 | $420.00 |
|  |  |  |  | **2.70** |  | **$1,282.50** |

### Claims Admin/Objections [B310]

| 04/02/2018 | HDH | CO | Telephone conference with Ira D. Kharasch re AP claim issue | 0.20 | 850.00 | $170.00 |
| 04/02/2018 | HDH | CO | Extensive research re AP superpriority claim issues | 3.60 | 850.00 | $3,060.00 |
| 04/02/2018 | HDH | CO | Conferences with Jeffrey L. Kandel re AP claim issue | 0.20 | 850.00 | $170.00 |
| 04/02/2018 | HDH | CO | Telephone conference with Ira D. Kharasch re AP claim | 0.10 | 850.00 | $85.00 |
| 04/02/2018 | HDH | CO | Further research re superpriority claim | 1.80 | 850.00 | $1,530.00 |
| 04/02/2018 | HDH | CO | Draft memo re AP claim/confirmation presentation | 1.30 | 850.00 | $1,105.00 |
| 04/04/2018 | IDK | CO | Emails with Conway re need to gear up to object to valuation of Whitton claim. | 0.20 | 1050.00 | $210.00 |
|  |  |  |  | **7.40** |  | **$6,330.00** |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 6 | |
| Cobalt International O.C.C. | | | | | Invoice 119498 | |
| 15117   00002 | | | | | April 10, 2018 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Financing [B230]** | | | | | | |
| 04/02/2018 | JK | FN | Telephone conference with Ira D. Kharasch regarding research on issue of alleged diminution in cash collateral (0.20); Research same and summarize findings (3.80); Conference with Harry D. Hochman regarding same (0.30). | 4.30 | 775.00 | $3,332.50 |
| | | | | **4.30** | | **$3,332.50** |
| **Hearing** | | | | | | |
| 04/01/2018 | AJK | HE | Preparation for trial (including review of documents and preparation of cross-examination outlines). | 15.20 | 1050.00 | $15,960.00 |
| 04/01/2018 | RJF | HE | Preparation for confirmation hearing. | 7.00 | 1095.00 | $7,665.00 |
| 04/01/2018 | LSC | HE | Continued preparation for confirmation hearing/trial including retrieval of additional exhibits, preparation of trial materials for counsel, follow up regarding exhibits not yet provided by other counsel, and preparation of binders of materials for counsel. | 10.10 | 375.00 | $3,787.50 |
| 04/02/2018 | AJK | HE | Preparation for confirmation hearing/trial. | 4.50 | 1050.00 | $4,725.00 |
| 04/02/2018 | AJK | HE | Continued trial preparation for confirmation hearing/trial. | 2.20 | 1050.00 | $2,310.00 |
| 04/02/2018 | IDK | HE | Preparation for confirmation hearing, including review of recently filed pleadings, including Debtors' trial brief and conference brief (3.5). | 3.50 | 1050.00 | $3,675.00 |
| 04/02/2018 | RJF | HE | Finalize argument outlines in prepration for hearing. | 1.00 | 1095.00 | $1,095.00 |
| 04/02/2018 | RJF | HE | Preparation for hearing with Alan J. Kornfeld. | 1.00 | 1095.00 | $1,095.00 |
| 04/02/2018 | BEL | HE | Draft outline for Powell cross examination. | 1.00 | 750.00 | $750.00 |
| 04/02/2018 | BEL | HE | Review pleadings in preparation for hearing. | 0.60 | 750.00 | $450.00 |
| 04/02/2018 | BEL | HE | Telephone conference with Alan J. Kornfeld regarding hearing preparation. | 0.10 | 750.00 | $75.00 |
| 04/02/2018 | MB | HE | Review and comment on confirmation hearing argument outline. | 0.70 | 795.00 | $556.50 |
| 04/02/2018 | JMF | HE | Review exhibit lists re confirmation hearing/tiral. | 0.20 | 850.00 | $170.00 |
| 04/02/2018 | SWG | HE | Preparation for confirmation hearing/trial. | 10.50 | 495.00 | $5,197.50 |
| 04/02/2018 | LSC | HE | Continued preparation for confirmation hearing/trial including retrieval of additional exhibits, preparation of trial materials for counsel, follow up regarding exhibits not yet provided by other counsel, assistance with preparation of additional pleadings to be filed, and preparation of e-binders for counsel. | 12.50 | 375.00 | $4,687.50 |
| 04/02/2018 | AJK | HE | Travel to IAH (working, including trial preparation). | 7.50 | 1050.00 | $7,875.00 |
| 04/02/2018 | RJF | HE | Preparation for contested confirmation hearing en | 4.00 | 1095.00 | $4,380.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | route to Houston. | | | |
| 04/03/2018 | AJK | HE | Preparation for confirmation hearing/trial. | 2.60 | 1050.00 | $2,730.00 |
| 04/03/2018 | AJK | HE | Attend confirmation hearing. | 9.40 | 1050.00 | $9,870.00 |
| 04/03/2018 | IDK | HE | Prepare for and attend most of today's confirmation hearing, including the numerous settlement meetings at same (9.8). | 9.80 | 1050.00 | $10,290.00 |
| 04/03/2018 | RJF | HE | Attend Day 1 of confirmation hearing. | 10.00 | 1095.00 | $10,950.00 |
| 04/03/2018 | SWG | HE | Prepare for and attend confirmation hearing. | 13.50 | 495.00 | $6,682.50 |
| 04/03/2018 | LSC | HE | Follow up and correspondence with attorneys/vendors regarding trial logistics (.9); retrieve and transmit additional pleadings/exhibits (1.9). | 2.80 | 375.00 | $1,050.00 |
| 04/04/2018 | RJF | HE | Attend Day 2 of confirmation hearing. | 10.50 | 1095.00 | $11,497.50 |
| 04/04/2018 | SWG | HE | Prepare for and attend confirmation hearing/trial. | 13.00 | 495.00 | $6,435.00 |
| 04/04/2018 | LSC | HE | Follow up and correspondence with attorneys/vendors regarding trial logistics (.9); retrieve and transmit additional pleadings/exhibits (1.9). | 1.90 | 375.00 | $712.50 |
| 04/05/2018 | IDK | HE | Attend telephonically confirmation hearing (.8). | 0.80 | 1050.00 | $840.00 |
| 04/05/2018 | RJF | HE | Attend final day of confirmation hearing. | 4.50 | 1095.00 | $4,927.50 |
| | | | | **160.40** | | **$130,439.00** |

### Meeting of Creditors [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/02/2018 | IDK | MC | Numerous emails with Conway re result of meeting with Whitton, and issues on alternative structure for global resolution and role of ad hocs re same, and issues on GUC claims at Inc vs LP (.4); Numerous emails with R. Feinstein and J. Pomerantz re global settlement offer and how to resolve issue on releases with respect to ad hoc posture and 2-L's (.6). | 1.00 | 1050.00 | $1,050.00 |
| 04/02/2018 | IDK | MC | Emails with Committee and Conway re counter from 2-Ls, status and article summarizing objections of ad hocs, UCC and objection to claim and exclusivity extension, and need for call on plan issues and numerous conflicts re same (.6); Emails with Committee and Conway re list of open issues and Whitton (.2); Emails with Conway re how to respond to 2-L counter and related issues with Whitton and need for more specific GUC claim analysis and those GUCs with lien claims (.4); Telephone conferences with Committee chair re his views on confirmation hearing tomorrow and status (.4); Emails with Conway and R. Feinstein re same and issues re GUC lien claims (.2). | 1.80 | 1050.00 | $1,890.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 8 |
| Cobalt International O.C.C. | | | | | Invoice 119498 | |
| 15117    00002 | | | | | April 10, 2018 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | **Hours** | **Rate** | **Amount** |
| 04/02/2018 | IDK | MC | Emails with Committee re status and need for call tonight on confirmation issues. | 0.40 | 1050.00 | $420.00 |
| 04/02/2018 | JNP | MC | Participate on Committee call regarding Plan issues and settlement. | 0.80 | 975.00 | $780.00 |
| 04/02/2018 | RJF | MC | Participate on telephonic committee meeting regarding plan issues. | 0.70 | 1095.00 | $766.50 |
| 04/04/2018 | IDK | MC | Emails with Committee and others re summary of today's confirmation hearing. | 0.20 | 1050.00 | $210.00 |
| 04/06/2018 | LAF | MC | Update creditor site. | 0.80 | 395.00 | $316.00 |
| | | | | **5.70** | | **$5,432.50** |

### Non-Working Travel

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2018 | SWG | NT | Travel to Houston. (Billed at 1/2 normal rate) | 4.50 | 247.50 | $1,113.75 |
| 04/02/2018 | IDK | NT | Non-working travel to Houston for confirmation hearing and prep for same. (Billed at 1/2 normal rate) | 3.50 | 525.00 | $1,837.50 |
| 04/02/2018 | RJF | NT | Nonworking travel to Houston for confirmation hearing. (Billed at 1/2 normal rate) | 2.00 | 547.50 | $1,095.00 |
| 04/03/2018 | IDK | NT | Nonworking travel from Houston to LA from confirmation hearing. (Billed at 1/2 normal rate) | 4.50 | 525.00 | $2,362.50 |
| 04/05/2018 | AJK | NT | Return travel from Houston. (Billed at 1/2 normal rate) | 8.50 | 525.00 | $4,462.50 |
| 04/05/2018 | RJF | NT | Nonworking travel to New York after confirmation hearing. (Billed at 1/2 normal rate) | 5.00 | 547.50 | $2,737.50 |
| 04/05/2018 | SWG | NT | Travel from Houston. (Billed at 1/2 normal rate) | 5.00 | 247.50 | $1,237.50 |
| | | | | **33.00** | | **$14,846.25** |

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2018 | SWG | PD | Revise W+E list. | 0.10 | 495.00 | $49.50 |
| 04/01/2018 | IDK | PD | Emails with attorneys re other legal/factual bases for designation motion and consider same (.5); Review of various authorities re same (.4); Telephone conference with J. Pomerantz re issues on designation motion (.2). | 1.10 | 1050.00 | $1,155.00 |
| 04/01/2018 | IDK | PD | Numerous emails with attorneys, Conway, and committee member re issues re 2-L's counter to global settlement and how to respond, and consider same, including certain aspects of 2-L claim re same (.7); Emails with Whitton re its feedback on same (.1); Emails with Conway and others re issues on Whitton and how to respond to its issues (.2). | 1.00 | 1050.00 | $1,050.00 |
| 04/01/2018 | IDK | PD | Emails with R. Feinstein and I. Nasatir re open | 0.30 | 1050.00 | $315.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues on release and insurance (.2); Emails with M. Etkin re same (.1). | | | |
| 04/01/2018 | IDK | PD | Review of 4th amended plan just filed (.4); Emails with Ken Green re logistics for preparation for confirmation hearing and consider same (.3). | 0.70 | 1050.00 | $735.00 |
| 04/01/2018 | JNP | PD | Conference with Robert J. Feinstein regarding settlement status. | 0.10 | 975.00 | $97.50 |
| 04/01/2018 | JNP | PD | Conference with Ira D. Kharasch regarding status. | 0.10 | 975.00 | $97.50 |
| 04/01/2018 | JNP | PD | Review 2L settlement proposal. | 0.10 | 975.00 | $97.50 |
| 04/01/2018 | RJF | PD | Telephone conference with B. Weiland regarding plan status, 2-Ls settlement offer. | 0.30 | 1095.00 | $328.50 |
| 04/01/2018 | RJF | PD | Telephone conference with Alan J. Kornfeld regarding evidence at confirmation hearing. | 0.50 | 1095.00 | $547.50 |
| 04/01/2018 | RJF | PD | Review 2L counteroffer and internal emails regarding same. | 0.30 | 1095.00 | $328.50 |
| 04/01/2018 | BEL | PD | Review plan confirmation pleadings and correspondence. | 0.40 | 750.00 | $300.00 |
| 04/01/2018 | MB | PD | Research re designations of votes (.6); email to PSZJ team re same (.1). | 0.70 | 795.00 | $556.50 |
| 04/01/2018 | SWG | PD | Attend to identification of exhibits for confirmation hearing/ trial. | 0.20 | 495.00 | $99.00 |
| 04/01/2018 | SWG | PD | Review and finalize objection to plan exclusivity. | 0.20 | 495.00 | $99.00 |
| 04/02/2018 | SJK | PD | Review memorandum from James K. T. Hunter regarding Statoil/Total joint offer facts. | 0.10 | 925.00 | $92.50 |
| 04/02/2018 | SWG | PD | Attend to filing of updated W+E list. | 0.10 | 495.00 | $49.50 |
| 04/02/2018 | IDK | PD | Meet with attorneys tonight re preparation for tomorrow's confirmation hearing, including call with Committee and Whitton during same (3.1). | 3.10 | 1050.00 | $3,255.00 |
| 04/02/2018 | IAWN | PD | Exchange emails and telephone calls with Robert J Feinstein re open issues with new deal on insurance (.3); review Disclosure Statement , Plan and confirmation order, re insurance issues (2.9). | 3.20 | 925.00 | $2,960.00 |
| 04/02/2018 | IDK | PD | Emails with Milbank re status of alternative transaction (.1); Emails with attorneys re status of drafts of designation motion and supplemental confirmation objections, and arguments for same and consider (.4); Review of revised draft of designation motion (.2). | 0.70 | 1050.00 | $735.00 |
| 04/02/2018 | IDK | PD | Emails with I. Nasatir and R. Feinstein re release/insurance issues. | 0.20 | 1050.00 | $210.00 |
| 04/02/2018 | IDK | PD | Preparation of proposed new global resolution with 2-L's and Debtors, without consent of Whitton, including getting feedback from attorneys (.8); Emails with Debtors and 2-L's re our new global | 1.40 | 1050.00 | $1,470.00 |

Pachulski Stang Ziehl & Jones LLP  
Cobalt International O.C.C.  
15117    00002

Page:    9  
Invoice 119498  
April 10, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | proposal (.2); Review of Debtors' new revised plan and conference order filed late tonight (.4). | | | |
| 04/02/2018 | IDK | PD | Emails with Ken Green, others re response to Debtors' perfection on leases issues (.2); Emails with attorneys re just filed voting report and impact on our briefs, including review of same (.4); Emails and telephone conferences with H. Hochman and others re need for urgent response/memo to Debtors including brief review of article on same (.7); Emails and telephone conferences with H. Hochman re 5th Circuit and Rescap case law re diminution claims, and review cases (.7); Review and consider H. Hochman's memo re same (.2); Emails with attorneys re same (.1). | 2.30 | 1050.00 | $2,415.00 |
| 04/02/2018 | JKH | PD | Review Alan J. Kornfeld's witness outline for Dennis and emails to, from Alan J. Kornfeld regarding suggestion regarding same (.4); Emails from, to Ira D. Kharasch, Steven J. Kahn regarding evidence of collusion (.2). | 0.60 | 925.00 | $555.00 |
| 04/02/2018 | JNP | PD | Conference with Ira D. Kharasch regarding Plan settlement issues. | 0.40 | 975.00 | $390.00 |
| 04/02/2018 | JNP | PD | Review emails regarding Plan settlement issues. | 0.20 | 975.00 | $195.00 |
| 04/02/2018 | RJF | PD | Review and revise designation motion. | 0.70 | 1095.00 | $766.50 |
| 04/02/2018 | RJF | PD | Telephone conference with Iain A. W. Nasatir regarding insurance issue. | 0.30 | 1095.00 | $328.50 |
| 04/02/2018 | RJF | PD | Review Debtors' confirmation and release briefs. | 1.50 | 1095.00 | $1,642.50 |
| 04/02/2018 | BEL | PD | Review and analyze motion to preclude. | 1.50 | 750.00 | $1,125.00 |
| 04/02/2018 | BEL | PD | Telephone conference with Alan J. Kornfeld regarding motion to preclude. | 0.40 | 750.00 | $300.00 |
| 04/02/2018 | BEL | PD | Review Debtors' trial brief. | 0.50 | 750.00 | $375.00 |
| 04/02/2018 | MB | PD | Revise vote designation motion (.8); legal research re same (6.2). | 7.00 | 795.00 | $5,565.00 |
| 04/02/2018 | MB | PD | Review voting report. | 0.50 | 795.00 | $397.50 |
| 04/02/2018 | MB | PD | Draft motion to seal motion to designate votes. | 0.30 | 795.00 | $238.50 |
| 04/02/2018 | MB | PD | Finalize motion to designate votes. | 0.30 | 795.00 | $238.50 |
| 04/02/2018 | MB | PD | Several telephone conferences with J. Rosell re cram down, releases, and voting report. | 0.70 | 795.00 | $556.50 |
| 04/02/2018 | MB | PD | Several emails with R. Feinstein and J. Rosell re designation motion. | 0.40 | 795.00 | $318.00 |
| 04/02/2018 | JMF | PD | Review Lender & Debtors' confirmation briefs & trial pleadings. | 1.40 | 850.00 | $1,190.00 |
| 04/02/2018 | JMF | PD | Review objection to exclusivity motion. | 0.30 | 850.00 | $255.00 |
| 04/02/2018 | LAF | PD | Legal research re: Plan modification objections. | 1.50 | 395.00 | $592.50 |

Pachulski Stang Ziehl & Jones LLP   Page:   11
Cobalt International O.C.C.   Invoice 119498
15117    00002   April 10, 2018

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | JHR | PD | Revise confirmation outline | 0.60 | 595.00 | $357.00 |
| 04/02/2018 | JHR | PD | Review second lien brief in support of confirmation | 1.10 | 595.00 | $654.50 |
| 04/02/2018 | JHR | PD | Review Debtors' confirmation briefs | 1.30 | 595.00 | $773.50 |
| 04/02/2018 | JHR | PD | Prepare supplemental confirmation objection. | 2.90 | 595.00 | $1,725.50 |
| 04/02/2018 | JHR | PD | Prepare supplemental confirmation objection. | 1.60 | 595.00 | $952.00 |
| 04/02/2018 | JHR | PD | Revise motion to designate. | 2.10 | 595.00 | $1,249.50 |
| 04/03/2018 | IDK | PD | Numerous emails with Committee Chair prior to hearing today on his questions on hearing, settlement points with Whitton and his concerns on Whitton claim and nature of same, and issues re ad hocs and indenture trustee (.7); Emails with K Green re Committee Chair's questions and requests re Whitton claim and need for amendment to same (.2); Emails with Whitton and Debtor re same (.3); Review of Whitton agreements requested by Chair, including sending same to Chair (.4). | 1.60 | 1050.00 | $1,680.00 |
| 04/03/2018 | IDK | PD | Review of Debtors' 2d amended plan supplement filed today (.3) | 0.30 | 1050.00 | $315.00 |
| 04/03/2018 | IDK | PD | Telephone conferences with R. Feinstein re result of today's confirmation hearing (.2); Telephone conferences with J. Pomerantz re status of confirmation hearing (.3); Emails with Steve re tomorrow's confirmation hearing logistics (.2); Review Debtors' 3d revised plan supplement (.3). | 1.00 | 1050.00 | $1,050.00 |
| 04/03/2018 | JNP | PD | Emails with team regarding pending Plan issues. | 0.50 | 975.00 | $487.50 |
| 04/03/2018 | JNP | PD | Conference with Ira D. Kharasch regarding Plan confirmation hearing. | 0.30 | 975.00 | $292.50 |
| 04/03/2018 | SJK | PD | Telephone conference with Beth E. Levine regarding status of proceedings/settlement. | 0.10 | 925.00 | $92.50 |
| 04/03/2018 | RJF | PD | Telephone conference with B. Weiland regarding possible Whitton resolution. | 0.20 | 1095.00 | $219.00 |
| 04/03/2018 | RJF | PD | Telephone conference with Ira D. Kharasch regarding plan status. | 0.20 | 1095.00 | $219.00 |
| 04/03/2018 | MB | PD | Review redline of plan and plan supplement. | 0.20 | 795.00 | $159.00 |
| 04/03/2018 | MB | PD | Review Debtors' and second lienholders' responses to vote designation motion. | 0.80 | 795.00 | $636.00 |
| 04/03/2018 | JMF | PD | Review plan objections and responses re confirmation issues. | 0.70 | 850.00 | $595.00 |
| 04/03/2018 | JHR | PD | Review objections to motion to designate | 0.60 | 595.00 | $357.00 |
| 04/03/2018 | JHR | PD | Review revised plan and confirmation order | 0.40 | 595.00 | $238.00 |
| 04/03/2018 | JHD | PD | Correspondence with Gabriel I. Glazer re proposed settlement. | 0.20 | 1245.00 | $249.00 |

| | | | | | Page: 12 |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | |
| Cobalt International O.C.C. | | | | | Invoice 119498 |
| 15117    00002 | | | | | April 10, 2018 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2018 | AJK | PD | Attend confirmation hearing. | 9.60 | 1050.00 | $10,080.00 |
| 04/04/2018 | HDH | PD | Conference with Ira D. Kharasch re confirmation hearing and issues regarding same. | 0.30 | 850.00 | $255.00 |
| 04/04/2018 | IDK | PD | Numerous emails with attorneys at confirmation hearing and Committee re status of same, including Whitton partial resolutions and Whitton's rights to opt in or out and consequences of each. | 0.70 | 1050.00 | $735.00 |
| 04/04/2018 | IDK | PD | Review and consider revisions to draft confirmation order and amended plan of today from Debtors, and problems with whether they comply with the settlement agreement (1.1); Review of correspondence with Debtors and R. Feinstein re same and agreement for further revisions (.3); Review of Debtors' further amended plan and order (.4); Emails with R. Feinstein re my concerns and issues on amended plan and confirmation order as to whether they comply with settlement (.5). | 2.30 | 1050.00 | $2,415.00 |
| 04/04/2018 | JNP | PD | Conference with Robert J. Feinstein regarding Plan issues and review emails regarding same. | 0.30 | 975.00 | $292.50 |
| 04/04/2018 | MB | PD | Telephone conference with R. Feinstein re settlement terms and comments to settlement plan. | 0.20 | 795.00 | $159.00 |
| 04/04/2018 | MB | PD | Review settlement confirmation order and plan. | 0.50 | 795.00 | $397.50 |
| 04/04/2018 | MB | PD | Comment on settlement plan. | 0.20 | 795.00 | $159.00 |
| 04/05/2018 | AJK | PD | Review emails re confirmation hearing. | 0.30 | 1050.00 | $315.00 |
| 04/05/2018 | AJK | PD | Attention to emails re Whitton issue. | 0.40 | 1050.00 | $420.00 |
| 04/05/2018 | AJK | PD | Attention to emails re confirmation issues. | 0.30 | 1050.00 | $315.00 |
| 04/05/2018 | IDK | PD | Review of Debtors' filings from last night on further revisions to plan and confirmation order (.4); Emails with Committee chair and others re court's confirming plan and issues re same including the Whitton open issues (.3); Review and consider correspondence with our firm and 2-L counsel on potential of Whitton settlement and rationale (.2); Emails with Committee and others re court's granting of confirmation and next steps (.3). | 1.20 | 1050.00 | $1,260.00 |
| 04/05/2018 | IDK | PD | Emails with Debtors'counsel re their need for estimate for the professional fee reserve and timing for same (.3); Emails with attorneys re same, timing for same and when effective date will occur, and need to pull information quickly (.4); Review of prebills and payment status, including numerous emails with professionals re estimated unbilled time/expenses, and start determining estimates for reserve (1.4). | 2.10 | 1050.00 | $2,205.00 |
| 04/05/2018 | SJK | PD | Review memorandum from Beth E. Levine | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP                                              Page:    13
Cobalt International O.C.C.                                                    Invoice 119498
15117    00002                                                                 April 10, 2018

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | Hours | Rate    | Amount     |
|------------|-----|----|---|---|---|---|
|            |     |    | regarding confirmation hearing results. |       |         |            |
| 04/05/2018 | RJF | PD | Emails regarding new proposal to Whitton, Committee. | 0.50 | 1095.00 | $547.50 |
| 04/05/2018 | RJF | PD | Review revised confirmation order. | 0.20 | 1095.00 | $219.00 |
| 04/05/2018 | JMF | PD | Review amended plan and confirmation order (.8) and related pleadings (.6). | 1.40 | 850.00 | $1,190.00 |
| 04/06/2018 | IDK | PD | Emails with R. Feinstein re status of negotiations with Whitton and 2-L's, including review of correspondence re various settlement offers of today (.3); Emails with Committee re same and Committee Chair's questions re same (.2); Emails with Debtors re its draft of plan administrator agreement, including review of same (.4); Emails with Conway and others re same (.2); Review of Debtors' 1st draft of funds flow for effective date (.2). | 1.30 | 1050.00 | $1,365.00 |
| 04/06/2018 | IDK | PD | Emails with Debtors' counsel re confirmation, new estimate for effective date, including review of plan definitions re same, and periods covered by fee reserve under plan, and need for our local counsel information (.6); Telephone conferences with Ken Green re plan confirmation and need for his firm's reserve estimate amount (.2); Numerous emails with R. Feinstein, J. Pomerantz and others, including accounting, re estimates for professional fee reserve, including expenses, and timing for Effective Date, and my analysis of breakdown of estimate for fee reserve (1.3); Emails with Debtors counsel re same (.2). | 2.30 | 1050.00 | $2,415.00 |
| 04/06/2018 | SJK | PD | Respond to memorandum from S. Golden regarding reserve setting. | 0.20 | 925.00 | $185.00 |
| 04/06/2018 | RJF | PD | Emails with counsel for Whitten, 2-Ls, Debtors. | 0.70 | 1095.00 | $766.50 |
| 04/09/2018 | IDK | PD | Emails with Conway, Debtors, others re plan administration agreement and coordination of same into plan (.3); Emails with Conway, others re related issues on Whitton and when plan will go effective (.3). | 0.60 | 1050.00 | $630.00 |
| 04/09/2018 | IDK | PD | Emails with Debtors' counsel re its revisions to funds flow, including review of same, and need for all hands call re same tomorrow (.5); Emails with Conway re same (.2); Email to Debtors' re amended plan supplement to be filed later today, including review of same (.4). | 1.10 | 1050.00 | $1,155.00 |
| 04/09/2018 | RJF | PD | Review of Plan Administrator agreement and related emails. | 0.30 | 1095.00 | $328.50 |
| 04/09/2018 | RJF | PD | Emails regarding upcoming closing and Whitton issues. | 0.40 | 1095.00 | $438.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 14 |
| Cobalt International O.C.C. | | | | | Invoice 119498 | |
| 15117    00002 | | | | | April 10, 2018 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | Hours | Rate | Amount |
| 04/10/2018 | IDK | PD | Email to Debtors' counsel re their further revised funds flow today, including review of same, and related sections to same in amended plan documents (.5); Emails and telephone conferences with Conway re same and issues re same on sufficiency of amounts of funding and coordination of sign off (.4); Emails and telephone conferences with Debtors' and all other parties re same throughout day on timing of actual funding of same and when Debtors' can declare Effective Date (.8). | 1.70 | 1050.00 | $1,785.00 |
| 04/10/2018 | IDK | PD | Emails with attorneys and Conway re status of Whitton settlement, and related emails with 2-Ls re same (.2); Review of correspondence with Committee re same and anticipated effective date of today, and later re confirmation of effective date of today (.2); Review of Debtors' filing today re confirmation and declaration of effective date (.2). | 0.60 | 1050.00 | $630.00 |
| 04/10/2018 | RJF | PD | Numerous emails regarding closing, effective date and related issues. | 0.50 | 1095.00 | $547.50 |
| | | | | 82.70 | | $75,676.00 |

**TOTAL SERVICES FOR THIS MATTER:** **$240,348.75**

| Pachulski Stang Ziehl & Jones LLP | Page: 15 |
| Cobalt International O.C.C. | Invoice 119498 |
| 15117    00002 | April 10, 2018 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/01/2018 | AT | Auto Travel Expense [E109] Uber Transportation Service, SWG | 65.81 |
| 04/01/2018 | AT | Auto Travel Expense [E109] Uber Transportation Service, SWG | 9.87 |
| 04/01/2018 | AT | Auto Travel Expense [E109] Uber Transportation Service, SWG | 34.33 |
| 04/01/2018 | AT | Auto Travel Expense [E109] Uber Transportation Service, SWG | 5.00 |
| 04/01/2018 | BM | Business Meal [E111] GrubHub-GoGoCurry, working meal, SWG | 26.39 |
| 04/02/2018 | AT | Auto Travel Expense [E109] Taxi Service, IDK | 71.70 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 4.40 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 0.30 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 0.40 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 5.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 0.80 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 1.40 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |
| 04/02/2018 | BB | 15117.00002 Bloomberg Charges for 04-02-18 | 30.00 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:     16 |
| Cobalt International O.C.C. | | | Invoice 119498 |
| 15117     00002 | | | April 10, 2018 |

| | | | |
|---|---|---|---|
| 04/02/2018 | BB  | 15117.00002 Bloomberg Charges for 04-02-18 | 0.30 |
| 04/02/2018 | BB  | 15117.00002 Bloomberg Charges for 04-02-18 | 0.60 |
| 04/02/2018 | BM  | Business Meal [E111] Perbacco Inc, working meal, SWG | 16.02 |
| 04/02/2018 | BM  | Business Meal [E111] Seamless - Abitino's Pizza, working meal, La Asia Canty | 31.05 |
| 04/02/2018 | LN  | 15117.00002 Lexis Charges for 04-02-18 | 64.55 |
| 04/02/2018 | LN  | 15117.00002 Lexis Charges for 04-02-18 | 320.57 |
| 04/02/2018 | LN  | 15117.00002 Lexis Charges for 04-02-18 | 130.64 |
| 04/02/2018 | RE  | ( 16 @0.10 PER PG) | 1.60 |
| 04/02/2018 | RE  | ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 195 @0.10 PER PG) | 19.50 |
| 04/02/2018 | RE2 | SCAN/COPY ( 81 @0.10 PER PG) | 8.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 04/02/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/02/2018 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 04/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/02/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:   17 |
| Cobalt International O.C.C. | | | Invoice 119498 |
| 15117    00002 | | | April 10, 2018 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/02/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/02/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/02/2018 | TE | Travel Expense [E110] United Airlines, luggage fee, IDK | 25.00 |
| 04/02/2018 | TE | Travel Expense [E110] United Airlines, Wifi Service, SWG | 13.99 |
| 04/03/2018 | AT | Auto Travel Expense [E109] Taxi Service, IDK | 52.06 |
| 04/03/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 5.60 |
| 04/03/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 6.36 |
| 04/03/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 2.00 |
| 04/03/2018 | BM | Business Meal [E111] Phoenicia Specialty, working meal, SWG | 14.94 |
| 04/03/2018 | BM | Business Meal [E111] The Phenix Cafe, working meal, SWG | 10.25 |
| 04/03/2018 | BM | Business Meal [E111] Houston George Bush, working meal, IDK | 15.80 |
| 04/03/2018 | HT | Hotel Expense [E110] Marriott - Houston, 1 night, IDK | 493.61 |
| 04/03/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/04/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 9.92 |
| 04/04/2018 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 18 |
| Cobalt International O.C.C. | | | Invoice 119498 |
| 15117    00002 | | | April 10, 2018 |

| | | | |
|---|---|---|---:|
| 04/04/2018 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 04/04/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 04/04/2018 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 04/04/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 04/05/2018 | AF | Air Fare [E110] United Airlines, Tkt 01670611103151, Houston/Laguardia, BEL | 381.99 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 2.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 6.06 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 2.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 25.53 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 10.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 26.77 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 7.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 6.06 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 2.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 32.60 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 5.00 |
| 04/05/2018 | AT | Auto Travel Expense [E109] Uber Transportation, SWG | 36.04 |
| 04/05/2018 | HT | Hotel Expense [E110] JW Marriott-Houston, 3 nights, SWG | 1,391.60 |
| 04/06/2018 | BM | Business Meal [E111] Cibo Express, working meal, SWG | 4.32 |
| 04/06/2018 | BM | Business Meal [E111] Einstein, working meal, SWG | 3.79 |
| 04/06/2018 | HT | Hotel Expense [E110] Hyatt Regency Houston, 1 night, SWG | 315.90 |

| Pachulski Stang Ziehl & Jones LLP | | | | Page: 19 |
|---|---|---|---|---|
| Cobalt International O.C.C. | | | | Invoice 119498 |
| 15117    00002 | | | | April 10, 2018 |

| | | | |
|---|---|---|---:|
| 04/06/2018 | TE  | Travel Expense [E110] United Airlines- Wifi - SWG | 13.99 |
| 04/09/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/10/2018 | PAC | Pacer - Court Research | 120.70 |
| 04/10/2018 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 04/10/2018 | RE2 | SCAN/COPY ( 98 @0.10 PER PG) | 9.80 |
| 04/10/2018 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | 14.40 |
| **Total Expenses for this Matter** | | | **$4,151.21** |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:   20 |
| Cobalt International O.C.C. | Invoice 119498 |
| 15117    00002 | April 10, 2018 |

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 04/10/2018

| | |
|---|---:|
| Total Fees | $240,348.75 |
| Chargeable costs and disbursements | $4,151.21 |
| Total Due on Current Invoice..................... | $244,499.96 |

Outstanding Balance from prior Invoices as of  04/10/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 118538 | 01/31/2018 | $881,952.00 | $18,212.55 | $176,390.40 |
| 118762 | 02/28/2018 | $450,524.25 | $15,245.60 | $90,104.85 |
| 119483 | 03/31/2018 | $941,207.75 | $56,389.41 | $997,597.16 |

**Total Amount Due on Current and Prior Invoices**                                                                 $1,508,592.37