**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) | Case No. 17-36709 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 877** |

**NOTICE OF FILING OF REVISED PROPOSED**
**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF**
**KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP,**
**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE**
**PERIOD FROM DECEMBER 14, 2017 THROUGH AND INCLUDING APRIL 5, 2018**

**PLEASE TAKE NOTICE** that on May 25, 2018, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") filed the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from December 14, 2017 Through and Including April 5, 2018* [Docket No. 877] (the "Application") with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that Kirkland received informal comments to the Application from the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), which have been resolved by the revised proposed form of order granting the Application, attached hereto as **Exhibit A** (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that as of the date hereof, the Debtors have received no other answer, objection, or other responsive pleading with respect to the Application.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, LP (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316).  The Debtors' service address is:  920 Memorial City Way, Suite 100, Houston, Texas 77024.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Revised Proposed Order reflecting changes from the proposed form of order attached to the Application.

**PLEASE TAKE FURTHER NOTICE** that Kirkland requests that the Revised Proposed Order be entered at the earliest convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that if the Revised Proposed Order is not entered, Kirkland will appear on **June 29, 2018, at 9:00 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard before the Honorable Marvin Isgur or any other judge who may be sitting in his place and stead, in Courtroom 404 in the United States Courthouse, 515 Rusk, Houston, Texas 77002, to present the Application to the Court and request entry of the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT** that, if the Court holds a hearing, parties desiring to appear telephonically may do so pursuant to the Court's instructions for telephonic appearances, available for viewing at:

http://www.txs.uscourts.gov/sites/txs/files/MI_Court_Procedures_June_2018.pdf

**PLEASE TAKE FURTHER NOTICE** that copies of the Application, the Revised Proposed Order, and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by Debtors' notice and claims agent, Kurtzman Carson Consultants LLC, available at http://www.kccllc.net/cobalt or by calling  (866) 967-1782 (toll free) or (310) 751-2682 (international).  You may also obtain copies of any pleadings by visiting the Court's website at http://www.txs.uscourts.gov in accordance with the procedures and fees set forth therein.

2

Houston, Texas
Dated: June 27, 2018

*/s/ Zack A. Clement*
Zack A. Clement (Texas Bar No. 04361550)
**ZACK A. CLEMENT PLLC**
3753 Drummond Street
Houston, Texas 77025
Telephone: (832) 274-7629

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
Laura Krucks (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*

3

## <u>Certificate of Service</u>

I certify that on June 27, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Zack A. Clement*
Zack A. Clement