## **Exhibit A**

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| COBALT INTERNATIONAL ENERGY, INC., *et al.*,[1] | ) ) Case No. 17-36709 (MI) ) |
| Debtors. | ) (Jointly Administered) ) |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM DECEMBER 14, 2017 THROUGH AND INCLUDING APRIL 5, 2018

Upon the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from December 14, 2017 Through and Including April 5, 2018* (the "Fee Application")[2] of the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"), the United States Bankruptcy Court for the Southern District of Texas (the "Court") orders as follows:

1. Compensation to Kirkland & Ellis LLP and Kirkland & Ellis International, LLP ("K&E") for professional services rendered during the Fee Period is allowed on a final basis in the amount of $10,429,094.50.

2. Reimbursement to K&E for expenses incurred during the Fee Period is allowed on an interim basis in the amount of $705,677.41.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316).  The Debtors' service address is:  920 Memorial City Way, Suite 100, Houston, Texas 77024.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Fee Application.

2

      3.      The Debtors are authorized and directed to pay K&E all fees and expenses allowed pursuant to this Order.

Dated: _____, 2018  
Victoria, Texas

                                                        THE HONORABLE MARVIN ISGUR  
                                                        UNITED STATES BANKRUPTCY JUDGE