UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| **COBALT INTERNATIONAL ENERGY**, *et al.*,[1] | ) Case No. 17-36709 (MI) |
| Debtors. | ) (Jointly Administered) |

## MOTION FOR STATUS CONFERENCE AND ENTRY OF ORDER REGARDING DISTRIBUTIONS PURSUANT TO PLAN SETTLEMENT REGARDING CLASS 5 SUBSIDIARY GENERAL UNSECURED TRADE CLAIMS

Baker Hughes, a GE Company ("Baker Hughes") files this *Motion for Status Conference and Entry of Order Regarding Distributions Pursuant to Plan Settlement Regarding Class 5 Subsidiary General Unsecured Trade Claims* as follows:

**Background**

1. Baker Hughes previously served as a member of the Official Committee of Unsecured Creditors (the "Committee") in these cases (Docket No. 117).[2]

2. Leading up to and during the confirmation hearing in these cases, the Committee negotiated a settlement with the Debtors and their secured lenders (the "Committee Settlement"), which was implemented through the Confirmed Plan. The Committee Settlement involved multiple components including: (i) an $8 million payment for Class 5 trade creditors of Cobalt

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316). The Debtors' service address is: 920 Memorial City Way, Suite 100, Houston, Texas 77024.

[2] The Committee was dissolved on April 10, 2018, the "Effective Date" under the *Fourth Amended Joint Chapter 11 Plan (with Technical Modifications) of Cobalt International Energy, Inc. and its Debtor Affiliates* ("Confirmed Plan"), which was attached as Exhibit A to the *Order (I) Confirming the Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and its Debtor Affiliates and (II) Approving the Sale Transaction* ("Confirmation Order") (Docket No. 784).

International Energy, LP (defined in the Confirmed Plan as the "Subsidiary GUC Settlement Amount")[3]; (ii) a $5 million payment for Class 6 non-second deficiency lien general unsecured creditors of Cobalt International Energy, Inc. (defined in the Confirmed Plan as the "Cobalt GUC Settlement Amount"); and (iii) payment of fees and expenses of the indenture trustee for the unsecured noteholders. *See* paragraphs 99-104 of Confirmation Order. The Committee Settlement is referenced in paragraph 99 of the Confirmation Order as follows:

> "The Plan constitutes a final and good faith compromise and settlement of any and all disputes and controversies between the Debtors, the Committee, and the Second Lien Noteholders, and such settlement and compromise is hereby approved pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019 as fair and reasonable and in the best interests of each of the Debtors, the Estates and creditors" (Docket No. 784).

3. Further, paragraph 100 of the Plan Confirmation Order provides that:

> "On the Effective Date (or as soon thereafter as is reasonably practicable), the Debtors shall deposit the Subsidiary GUC Settlement Reserve Amount in the Subsidiary GUC Settlement Reserve for the benefit of holders of Allowed Subsidiary General Unsecured Claims in accordance with Articles III and IV.G of the Plan" (Docket No. 784).

4. The Effective Date of the Plan occurred on April 10, 2018 (Docket No. 804).

5. Thereafter, Whitton Petroleum Services Limited elected to opt out of the Subsidiary GUC Settlement Reserve on April 16, 2018, thereby (i) fixing the amount of the Subsidiary GUC Settlement Reserve Amount at $8 million; and (ii) excluding the Whitton claim from the claim pool for the Subsidiary GUC Settlement Reserve (Docket No. 815).

6. Based on available information, the Debtors' scheduled and filed claims which constitute Class 5 Subsidiary General Unsecured Claims are not more than $8 million, the amount

---

[3] The Committee Settlement provided that the Subsidiary GUC Settlement Amount would be (a) $23 million if Whitton opted in and (b) $8 million if Whitton opted out.

of the Subsidiary GUC Settlement Reserve. Attached as **Exhibit 1** is a summary of trade claims which would constitute Class 5 claims, based on the schedules filed by each of the Cobalt debtors. It further appears that less than 50 proofs of claim were filed by trade creditors at the Cobalt International Energy, LP level, excluding the Whitton proofs of claim, Department of Interior/BSEE proof of claim, officer and director indemnification claims and tax claims. *See* **Exhibit 2**. Accordingly, while Article III.B.5 references holders of Allowed Subsidiary General Unsecured Claims receiving a pro-rata share of the Subsidiary GUC Settlement Reserve, it appears based on available information that Class 5 trade claims will be paid in full from the Subsidiary GUC Settlement Reserve funds, which was the intent of the Committee Settlement.

7. The Committee Settlement as incorporated through the Confirmed Plan contemplated that the distributions to Class 5 creditors from the Subsidiary GUC Settlement Reserve funds would occur promptly and as reasonably practicable after the Effective Date. *See* Article III.B.5. To Baker Hughes' knowledge, distributions from the Subsidiary GUC Settlement Reserve funds have not been made to date.

## Relief Requested

One of the enumerated matters in Article XI. of the Confirmed Plan, "Retention of Jurisdiction", addresses the Court's retention of jurisdiction relating to distributions under the Plan. Baker Hughes requests that the Court hold a status conference regarding the distribution of the Subsidiary GUC Settlement Reserve funds and enter an appropriate order regarding same.

Dated: June 28, 2018

> *By: Phil Snow*
> SNOW SPENCE GREEN, LLP
> Phil Snow (TX Bar No. 18812600)
> Kenneth Green (TX Bar No. 24036677)
> Bryan Prentice (TX Bar No. 24099787)
> 2929 Allen Parkway, Suite 2800

3

Houston, TX 77019<br>Telephone: (713) 335-4800

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Phil Snow*
Phil Snow

i:\client\coba0001-cobalt committee\drafts\mtn for status conference re class 5 trade claims.docx

**EXHIBIT 1**

Summary of Debtors' Scheduled Trade Claims

Cobalt International Energy, Inc.
Trade Debt:
N/A

Cobalt International Energy GP, LLC
Trade Debt:
N/A

Cobalt GOM LLC
Trade Debt:
N/A

Cobalt GOM 2 LLC
Trade Debt:
N/A

Cobalt GOM 1 LLC
Trade Debt:
N/A

Cobalt International Energy, L.P.
Trade debt:

| Creditor Name: | Amount of Claim: | Secured: |
|---|---:|:---:|
| 1099 Pro, Inc. | $808.95 | N |
| ADP, LLC | $87.57 | N |
| Air Resources Limited | Unknown | N |
| Aon Consulting, Inc. | $1,605.00 | N |
| AT&T Teleconference Services | Unknown | N |
| Baker Hughes Oilfield Operational LLC | $167,450.91 | N |
| Berger Geosciences LLC | $18,000.00 | N |
| Blade Energy Partners Ltd. | $86,392.50 | N |
| Bloomberg Finance LP | Unknown | N |
| Brownstein Hyatt Farber Schreck LLP | Unknown | N |
| Business Wire Inc | $1,004.00 | N |
| Cardno PPI Quality and Asset Management, LLC | $1,082.50 | N |
| Central Dispatch | $5,076.40 | N |

| Creditor Name: | Amount of Claim: | Secured: |
|---|---|---|
| Certain Co-Represented Defendants in the Case Pend | $1,108,102.76 | N |
| A Certain Represented Defendant in the Case Pending | $537,956.65 | N |
| Certain Co-Represented Defendants in the Case Pend | $2,777,458.00 | N |
| CGG Services (U.S.) Inc. | $338,000.00 | N |
| Cintas Corporation | $1,565.51 | N |
| Community Coffee Co. LLC | $832.00 | N |
| Concur Technologies, Inc. | Unknown | N |
| Consilio, LLC | $8,381.00 | N |
| Continental Stock Transfer | $1,160.98 | N |
| Corporation Service Company | $3,204.00 | N |
| Covington and Burling LLP | $23,658.73 | N |
| Crowe Horwath LLP | $25,025.00 | N |
| CT Corporation | $393.00 | N |
| Cudd Pressure Control dba Patterson Tubular Service | $630.00 | N |
| Deloitte Tax LLP | $16,300.00 | N |
| Donnelley Financial, LLC | $1,910.00 | N |
| Dril-Quip, Inc. | $4,350.00 | N |
| Earth Science Assoc. C and T Inc. | $34,860.77 | N |
| Ellington and Associates Inc. | $6,357.00 | N |
| Emergent Professional Resource | $476.00 | N |
| FedEx | $190.18 | N |
| Fugro Marine Geoservices, Inc. | $7,510.00 | N |
| G.Comm | Unknown | N |
| Gardere Wynne Sewell LLP | $79,008.60 | N |
| Gerald Wiltz | Unknown | N |
| Global Relay Communications | $9,375.00 | N |
| Greatamerica Financial Svcs. | Unknown | N |
| Halliburton Energy Services | $5,365.40 | N |
| Hewlett-Packard Financial Services Co. | Unknown | N |
| Intecsea, Inc. | $46,699.20 | N |
| J. Connor Consulting, Inc. | $2,015.00 | N |
| JCC Services Inc. | $9,594.00 | N |
| Lockton Companies LLC | $1,216,717.00 | N |
| Logix Communications | Unknown | N |
| Marine Preservation Assoc | $37,500.00 | N |
| Mbrrteam LLC | Unknown | N |
| Meridian Compensation Partners, LLC | $669.00 | N |
| Merrill Communications LLC | $2,374.92 | N |
| Miranda Correia Amendoeira and Associates | $1,248.35 | N |
| National Ecnomic Research Associates, Inc. | $92,555.00 | N |
| National Registered Agents, Inc. | $199.00 | N |
| Nde Technical Services Usa | $153,899.21 | N |

| Creditor Name: | Amount of Claim: | Secured: |
|---|---:|---|
| O'Brien's Response Management, LLC | $3,500 | N |
| Oil Spill Response (Dispersants) Limited | $10,273.00 | N |
| Omnivere, LLC | $4,064.47 | N |
| P2 Energy Solutions | $3,562.41 | N |
| Petrophysical Applications International, Inc. | Unknown | N |
| PriceWaterhouseCoopers LLP | $10,363.00 | N |
| Prostar Services Inc. dba Parks Coffee | $268.60 | N |
| Quorum Business Solutions, Inc. | Unknown | N |
| Red Dog Systems Inc. | $157.00 | N |
| Schlumberger Technology Corp | $425,230.84 | N |
| Shred-It USA LLC | $174.30 | N |
| Sidley Austin LLP | $328.00 | N |
| Sonangol Offshore Services CO. | $25,867.40 | N |
| Stargel Office Solutions Inc. | Unknown | N |
| Tenaris Global Services Usa Corporation | $5,325.00 | N |
| The Response Group | Unknown | N |
| T-Mobile | $541.91 | N |
| Toshiba Financial Services | $1,024.00 | N |
| Traveling Coaches, Inc. | $227.33 | N |
| Trevena Geo-Consulting LLC | $2,784.38 | N |
| Tuboscope A Division of Nov | $4,007.46 | N |
| U.S. Steel Oilwell Services, LLC | $70,059.70 | N |
| U.S. Bank Equipment Finance | Unknown | N |
| United Vision Logistics | $366.44 | N |
| Vinson and Elkins LLP | $10,533.75 | N |
| W. Owen Bement Ltpg | $6,000.00 | N |
| Weatherford Laboratories | $207,364.48 | N |

Total Unsecured Trade Debt: $3,205,555.15 (excluding highlighted scheduled claims)

Case 17-36709 Document 948-1 Filed in TXSB on 06/22/18 Page 7 of 13

**EXHIBIT 2**

Debtor(s): Cobalt International Energy, L.P. Claim Amount Type: Filed Claim Amount Claim Nature: General Unsecured

1 - 67 of 67 items

| Claim Number | Date Claim Filed | Name | Debtor | Filed Claim Amount | Filed Claim Nature |
|---|---|---|---|---|---|
| 293 | 03/19/2018 | ACM Ltd. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 419 | 03/29/2018 | Baker Hughes Oilfield Operations LLC | Cobalt International Energy, L.P. | $169,377.73 | General Unsecured |
| 8 | 02/07/2018 | Blade Energy Partners, Ltd. | Cobalt International Energy, L.P. | $110,321.00 | General Unsecured |
| 272 | 03/19/2018 | Carlyle Energy Coinvestment III GP, L.L.C. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 281 | 03/19/2018 | Carlyle Energy Coinvestment III, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 25 | 03/06/2018 | CGG Services U.S. Inc. | Cobalt International Energy, L.P. | $490,645.16 | General Unsecured |
| 90 | 03/15/2018 | Chevron U.S.A. Inc. | Cobalt International Energy, L.P. | $784,569.00 | General Unsecured |
| 422 | 04/03/2018 | Cisco Systems Capital | Cobalt International Energy, L.P. | $8,227.92 | General Unsecured |
| 157 | 03/16/2018 | D. Jeff Van Steenbergen | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 299 | 03/19/2018 | First Reserve Fund XI, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 307 | 03/19/2018 | First Reserve GP XI, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 316 | 03/19/2018 | FR XI Onshore AIV L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 323 | 03/19/2018 | FRC Founders Corporation | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 217 | 03/16/2018 | Gerald Wiltz | Cobalt International Energy, L.P. | $1,000,000.00 | General Unsecured |
| 311 | 03/19/2018 | GS Capital Partners V Fund, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 331 | 03/19/2018 | GS Capital Partners V GmbH & Co. KG | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 342 | 03/19/2018 | GS Capital Partners V Institutional, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 364 | 03/19/2018 | GS Capital Partners V Offshore Fund, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 360 | 03/19/2018 | GS Capital Partners VI Fund, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 358 | 03/19/2018 | GS Capital Partners VI GmbH & Co. KG | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 343 | 03/19/2018 | GS Capital Partners VI Offshore Fund, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 369 | 03/19/2018 | GS Capital Partners VI Parallel, L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 151 | 03/16/2018 | Henry Cornell | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecured |
| 29 | 03/08/2018 | Intecsea, Inc | Cobalt International Energy, L.P. | $84,278.70 | |

| | | | | |
|---|---|---|---|---|
| 38 | 03/09/2018 | Invesco Energy Fund of AIM Sector Funds (Invesco Sector Funds) | Cobalt International Energy, L.P. | $52,573,087.61 | General Unsecur |
| 6 | 01/18/2018 | J. Connor Consulting, Inc. | Cobalt International Energy, L.P. | $2,015.00 | General Unsecur |
| 206 | 03/16/2018 | J. Hardy Murchison | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 109 | 03/16/2018 | Jack E. Golden | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 398 | 03/19/2018 | James W. Farnsworth | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 98 | 03/16/2018 | JOHN E. HAGALE | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 116 | 03/16/2018 | John N. Lancaster | Cobalt International Energy, L.P. | UNLIQUIDATED | **General Unsecur** |
| 187 | 03/16/2018 | John P. Wilkirson | Cobalt International Energy, L.P. | UNLIQUIDATED | **General Unsecur** |
| 164 | 03/16/2018 | Jon A. Marshall | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 214 | 03/16/2018 | Joseph H. Bryant | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 139 | 03/16/2018 | Kathryn Bailey Hutchison | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 193 | 03/16/2018 | **Kenneth A. Pontarelli** | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 168 | 03/16/2018 | **Kenneth W. Moore** | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 388 | 03/19/2018 | KERN Cobalt Co-Invest Partners AP LP | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 377 | 03/19/2018 | KERN Cobalt Group Management Ltd. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 432 | 04/23/2018 | Logix Communications | Cobalt International Energy, L.P. | $1,178.19 | General Unsecur |
| 121 | 03/16/2018 | Martin H. Young Jr. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 52 | 03/13/2018 | MBRRTeam LLC | Cobalt International Energy, L.P. | $21,100.00 | General Unsecur |
| 65 | 03/14/2018 | MBRRTeam LLC | Cobalt International Energy, L.P. | $18,480.00 | **General Unsecur** |
| 27 | 03/07/2018 | MERRILL COMMUNICATIONS LLC | Cobalt International Energy, L.P. | $5,887.61 | **General Unsecur** |
| 176 | 03/16/2018 | Michael G. France | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 209 | 03/16/2018 | Microalloying International, Inc. | Cobalt International Energy, L.P. | $12,300.00 | General Unsecur |
| 210 | 03/16/2018 | Microsoft Corporation and Microsoft Licensing GP | Cobalt International Energy, L.P. | $30,000.00 | General Unsecur |
| 91 | 03/15/2018 | Microsoft Corporation and Microsoft Licensing GP | Cobalt International Energy, L.P. | $30,000.00 | General Unsecur |
| 127 | 03/16/2018 | Myles W. Scoggins | Cobalt International Energy, L.P. | UNLIQUIDATED | |

| | | | | | |
|---|---|---|---|---|---|
| 145 | 03/16/2018 | Peter R. Coneway | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 378 | 03/19/2018 | Riverstone Holdings LLC and the Entities Listed in Footnote 2 of the Attached Annex | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 434 | 04/24/2018 | Sage People Limited | Cobalt International Energy, L.P. | $58,987.35 | General Unsecur |
| 54 | 03/13/2018 | Schlumberger Technology Corporation | Cobalt International Energy, L.P. | $180,341.95 | General Unsecur |
| 199 | 03/16/2018 | Scott L. Lebovitz | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 426 | 04/09/2018 | STARGEL OFFICE SOLUTIONS INC. | Cobalt International Energy, L.P. | $4,992.85 | General Unsecur |
| 251 | 03/19/2018 | The Carlyle Group L.P. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 337 | 03/19/2018 | The Goldman Sachs Group, Inc. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 288 | 03/19/2018 | TOTAL E and P USA, INC. | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 7 | 01/19/2018 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | Cobalt International Energy, L.P. | $15,413.46 | General Unsecur |
| 449 | 06/12/2018 | U.S. Department of the Interior, Bureau of Safety and Environmental Enforcement | Cobalt International Energy, L.P. | $205,105,407.00 | General Unsecur |
| 48 | 03/13/2018 | UV Logistics LLC | Cobalt International Energy, L.P. | $366.44 | General Unsecur |
| 133 | 03/16/2018 | Van Whitfield | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |
| 421 | 03/29/2018 | Weatherford Laboratories, Inc. | Cobalt International Energy, L.P. | $228,979.25 | General Unsecur |
| 69 | 03/14/2018 | Wells Fargo Vendor Financial Services, LLC | Cobalt International Energy, L.P. | $4,362.37 | General Unsecur |
| 104 | 03/16/2018 | Whitton Petroleum Services Limited | Cobalt International Energy, L.P. | $225,000,000.00 | General Unsecur |
| 440 | 05/04/2018 | Whitton Petroleum Services Limited | Cobalt International Energy, L.P. | $225,000,000.00 | General Unsecur |
| 181 | 03/16/2018 | William P. Utt | Cobalt International Energy, L.P. | UNLIQUIDATED | General Unsecur |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **COBALT INTERNATIONAL ENERGY, INC.**, **et al.**, | ) ) ) | Case No. 17-36709 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER ON MOTION FOR STATUS CONFERENCE AND ENTRY OF ORDER REGARDING DISTRIBUTIONS PURSUANT TO PLAN SETTLEMENT REGARDING CLASS 5 SUBSIDIARY GENERAL UNSECURED TRADE CLAIMS**

Upon consideration of the *Motion for Status Conference and Entry of Order Regarding Distributions Pursuant to Plan Settlement Regarding Class 5 Subsidiary General Unsecured Trade Claims*, the Court will hold a status conference on this matter on _____ at _____ __.m.

Dated: _____, 2018
　　　　Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE