United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 23, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 17-36709 |
| COBALT INTERNATIONAL | § | |
| ENERGY, INC., *et al.*, | § | CHAPTER 11 |
| | § | |
| Debtors. | § | |
| | § | |
| NADER TAVAKOLI, ACTING | § | |
| SOLELY IN HIS CAPACITY AS | § | |
| PLAN ADMINISTRATOR OF | § | |
| COBALT INTERNATIONAL | § | |
| ENERGY, INC, ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3340 |
| | § | |
| KEVIN M. EPSTEIN, AS | § | |
| UNITED STATES TRUSTEE | § | |
| FOR REGION 7, *et al.*, | § | |
| | § | |
| Defendants. | | |

## JUDGMENT

For the reasons set forth in the memorandum opinion issued on this date, Plaintiff takes nothing. Costs are awarded to Defendants.

SIGNED 08/23/2024

_____

Marvin Isgur
United States Bankruptcy Judge