**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COBALT INTERNATIONAL | § | Case No. 17-36709 (MI) |
| ENERGY, INC*., et al.*,[1] | § | (Jointly administered) |
| | § | |
| Reorganized Debtors. | § | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMERS REGARDING**
**POST-CONFIRMATION REPORT FOR**
**THE QUARTER ENDED SEPTEMBER 30, 2025**

Cobalt International Energy, Inc., together with its affiliated Debtors has filed the attached post-confirmation quarterly report (the "***PCR***") in the United States Bankruptcy Court for the Southern District of Texas (the "***Court***"). The PCR has been prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (*see https://www.justice.gov/ust/chapter-11-operating-reports*). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Debtors' estates.  Nothing in the PCR is intended to be material non-public information. Capitalized terms used herein and not otherwise defined have the meanings assigned to them in the Debtors' Fourth Amended Joint Chapter 11 Plan of Cobalt International Energy, Inc. and Its Debtor Affiliates, confirmed April 5, 2018 (the "***Plan***").

The financial information contained in the PCR is unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with the books and records available to it at the time of such preparation applicable to non-bankruptcy law. In preparing the PCR, the Plan Administrator relied on financial data available, as well as certain filings from the docket in the above-captioned chapter 11 case

ACTIVE 724001874v1

(collectively, the "***Chapter 11 Cases***"). Although the Plan Administrator made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Debtors and the Plan Administrator hereby reserve their rights to amend and supplement the PCR as may be necessary or appropriate.

---

[1] The Reorganized Debtors in the Chapter 11 Cases, along with the last four digits of each Reorganized Debtors' federal tax identification number, are: Cobalt International Energy, Inc. (1169); Cobalt International Energy GP, LLC (7374); Cobalt International Energy, L.P. (2411); Cobalt GOM LLC (7188); Cobalt GOM # 1 LLC (7262); and Cobalt GOM # 2 LLC (7316)(these entities will be collectively referred to as the "Debtors" or the "Reorganized Debtors").